NATHAN SPENCER
(Name)

P.O. BOX 799004
(Address)

SAN DIEGO CAL. 92179
(City, State, Zip)

D-29593
(CDC Inmate No.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
MAR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District of California

NATHAN SPENCER,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

ROBERT HERNANDEZ,
CAPT. MORRIS/CAPT LU (A),
LT. LAWSON,
C/O ROBERTS,
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 0416 JM JMA
Civil Case No.
(To be supplied by Court Clerk)

Complaint under the Civil Rights Act 42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, NATHAN SPENCER (print Plaintiff's name), who presently resides at RICHARD J. DONOVAN CORRECTIONAL FACILITY (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at RICHARD J. DONOVAN (institution/place where violation occurred) on (dates) 3/5/06 (Count 1), ___ (Count 2), and ___ (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant ROBERT J. HERNANDEZ resides in SAN DIEGO COUNTY,
(name) (County of residence)
and is employed as a WARDEN. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: PER P.C. 2079 ... IT SHALL BE THE DUTY OF THE WARDENS TO SUPERVISE THE GOVERNMENT, DISCIPLINE AND POLICY OF THE PRISONS, AND TO ENFORCE ALL ORDERS AND REGULATIONS. THE WARDEN HAS THE DUTY TO UP HOLD ALL STATE AND FEDERAL LAWS AND CONSTITUTIONS IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

Defendant CAPT. MORRIS / CAPT LU resides in SAN DIEGO COUNTY,
(name) (County of residence)
and is employed as a FACILITY CAPTAIN. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: FACILITY CAPTAINS ARE THE HIGHEST RANKING SUPERVISOR OF THE FACILITY FOUR (4) YARD AND HAS THE DUTY TO SUPERVISE: LT'S, SGT'S, CORRECTIONAL OFFICERS UNDER THE COLOR OF LAW AND MAINTAIN ALL RULES AND POLICIES. ALSO STATE AND FEDERAL CONSTITUTION.

Defendant LIEUTENANT LAWSON resides in SAN DIEGO COUNTY,
(name) (County of residence)
and is employed as a LIEUTENANT. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: FACILITY LIEUTENANTS ARE SUPERVISORS UNDER THE FACILITY CAPTAIN AND HAS THE OFFICIAL AND INDIVIDUAL DUTY TO UPHOLD THE RULES AND POLIES OF THE PRISON AND TO MAINTAIN AND FOLLOW STATES AND FEDERAL CONSTITUTIONS.

Defendant ROBERTS resides in SAN DIEGO COUNT,
(name) (County of residence)
and is employed as a CORRECTIONAL OFFICER. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: CORRECTIONAL OFFICERS ARE PEACE OFFICERS AND HAVE A SWORN OATH TO UPHOLD THE LAW OF CALIFORNIA AND MUST ABIDE BY ALL RULES AND POLIES OF CALIFORNIA PRISON AGENCY AND MAINTAIN SAFETY AND SECURITY AS WELL AS UP HOLD ALL STATE AND FEDERAL CONSTITUTIONS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: CALIFORNA CONST. ART-I, §17 CRUEL AND UNUSUAL PUNISHMENT. U.S.-CONST AMENDMENT EIGHT (8) (E.g., right to medical care, access to courts, U.S. AMENDMENT (14) FOURTEEN. STATE AND FEDERAL LAW AGAINST DELIBERATE INDIFFERANCE. due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

ON OR ABOUT MARCH 5TH 2006 PETITIONER WAS TOLD TO LEAVE THE CHOW HALL DURING BREAKFAST AT ABOUT 9-10 AM. C/O ROBERTS WALKED UP TO PETITIONERS TABLE IN DINING HALL NO. 2 AND SAID "LEAVE DUMP YOUR BREAKFAST TRY AND LEAVE." PETITIONER ASKED WHY. C/O ROBERTS STATED BECAUSE YOU CHANGED TABLES." AT THAT POINT PETITIONER DID DUMP HIS TRAY AND LEAVE. PETITIONER WAS GIVEN A SACK LUNCH. PETITIONER SPOKE WITH SGT L...WASKI AT FACILITY FOUR PROGRAM OFFICE ABOUT WHAT HAPPEN AT THE DINNING HALL AND TOLD HIM I ONLY RECEIVED ONE LUNCH AND DID NOT EAT BREAKFAST. SGT. L...WASKI TOLD ME TO GO BACK TO THE KITCHEN AND GET ANOTHER LUNCH TO MAKE UP FOR THE BREAKFAST THAT YOU DID NOT EAT." I PETITIONER WENT BACK TO THE DINNING HALL TO RETREIVE SACK LUNCH AS WAS TOLD TO DO BY SGT L...WINSKI AND AT THAT POINT SGT. LAWSON BECOME AGITATED AND VERBALLY ABUSIVE AND SAID COME HERE SPENCER ILL GIVE YOUR ASS A LUNCH DONT NO BODY TELL ME WHAT TO DO" THEN SGT LAWSON PHYSICALLY THREW ME UP AGAINST THE WALL AND SEARCHED ME AND PUT ME IN RESTRAINTS (HAND CUFFS) AND JUST AS I WAS CUFFED C/O ROBERTS WHO TOLD ME TO LEAVE THE CHOW HALL SAW ME CUFFED C/O ROBERTS STEPPED OUT OF THE DINNING HALL AND BEGAN TO SOCK ME IN THE JAW WITH A CLOSED FIST. SGT LAWSON SNATCHED ME BY THE ARM A DRUG ME INSIDE THE MIDDLE PART OF THE KITCHEN OPENING MAKESHIFT PANTRY AND WHILE SGT. LAWSON BANGED MY HEAD AGAINST THE CONCRETE WALL C/O ROBERTS WENT TO WORK SOCKING ME AND KICKING ME LIKE A MAD MAN AS THE SGT. BANGED MY HEAD AGAINST THE CONCRETE WALL CAUSING ME TO SUFFER A BUSTED HEAD WHERE I HAVE ONGOING MIGRAIN HEADACHES AND SUFFER MEMORY LOSS AT CRUCIAL EPISODES IN MY LIFE FROM THAT DATE. PETITIONER WAS SEEN BY MTA JOHN DOE AND WAS NOT TREATED OTHER THAN GIVEN A BANDAGE FOR THE BUSTED HEAD. PETITIONER DID GO TO OUTSIDE HOSPITAL ON MARCH 6TH PER DOCTORS ORDERS FOR CT SCAN DUE TO SUSPICION OF A HEAD CONCUSION.

CAL CONST-ART-I SEC 7(a); ART I SEC 24

Count 2: The following civil right has been violated: CALIFORNIA AND UNITED STATES CONSTITUTION CRUEL AND UNUSUAL PUNISHMENT. U.S. CONST AMEND (8) (14). THE DESTRUCTION OF MEDICAL RECORDS TO CIRCUMVENT REVIEW (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

PETITIONER ASSERTS THAT PETITIONER DOES LOSE SOME RIGHTS WHEN HE ENTERS PRISON BUT DOES NOT LOSE ALL. PETITIONER WAS MALICIOUSLY AND SADISTICALLY JUMPED BY SGT. LAWSON AND C/O ROBERTS WHILE C/O ROBINSON WATCHED FROM OUTSIDE THE DINNING ROOM OR KNEW WHAT HAPPENED ONCE PETITIONER EXITED THE KITCHEN DINNING ROOM AREA IN WHICH C/O ROBINSON WORKED. PETITIONER WAS NOT TREATED WITH RESPECTS TO THE RIGHTS THAT PETITIONER DOES HAVE OUTLINED IN CALIFORNIA CONSTITUTION AND U.S.-CONST THAT PROTECTS AGAINST PHYSICAL HARM BY PRISON GUARDS, SUPERVISORS, SGTS, LT, OR ANY OTHER STAFF HIRED TO MAINTAIN ORDER AND ABIDE BY THE LAW WITHIN THE DEPT. OF CORRECTIONS. PETITIONER DOES HAVE THE RIGHT TO MINIMAL CIVILIZED MEASURES OF LIFES NECESSITIES AND BASIC HUMAN NEEDS THAT INCLUDES PERSONAL SAFETY. THE MALICIOUS AND SADISTIC CONDUCT EXIBITED BY C/O ROBERTS AND SGT. LAWSON WHO IS NOW A (LIEUTENANT) WHO ACTED ACCORDING TO GREEN WALL RULES AGAINST ANY RULES THAT LEGITIMENTLY GOVERN THE LAND. I DECLARE AND DO BELIEVE THAT C/O ROBERTS AND SGT LT LAWSON DID IN FACT DESTROY MTA EXAMINATION REPORTS THAT DAY. SGT LAWSON CAME INTO THE EXAMINATION ROOM WHERE PETITIONER WAS BEING EXAMINAD AND DID ASK FOR THE MEDICAL EXAMINATION REPORT AND MTA JOHN DOE DID HAND OVER THOSE EXAMINATION REPORTS WHERE PETITIONER DID STATE AND CLAIM THAT SGT LAWSON HELD PETITIONER WHILE C/O ROBERTS DID SLAM AND BANG HEAD AGAINST WALL AND SOCK WITH CLINCHED FIST AND KICK PETITIONER REPEATEDLY. RN NURSE KNOCKS DOES REMEBER THIS INCIDENT AND SAYS ON THE DAY OF MARCH 6th 2006 THAT "WE HAVE LATELY BEEN GETTING ALOT OF STAFF ASSAULTS ON INMATES I DONT KNOW WHATS WRONG WITH THEM!" PETITIONER DOES BELIEVE HE WAS SINGLED OUT RACIALLY BY C/O ROBERTS AND SADISTICALLY BY SGT. LAWSON BECAUSE PETITIONER DOES HELP OTHERS TO THIS DAY WITH GRIEVANCES AGAINST STAFF HERE AT RICHARD J. DONOVAN. PETITIONER ALSO HAD ONGOING HABEAS CORPUS PROCEEDINGS WHERE PETITIONER WAS CHALLENGING THE LEGALITY OF OF THE PAROLE VIOLATION IN WHICH PETITIONER WAS ON AT THE TIME OF THIS INCIDENT.

Count 3: The following civil right has been violated: CALIFORNIA CONST. ART. I SEC 7 (a) CALIFORNIA CONST. ART. I SEC 24, U.S. CONST AMENDMENT EIGHT (8), AND FOURTEEN (14) PETITIONERS RIGHT TO DUE PROCESS AND EQUAL PROTECTION OF LAW HAS BEEN VIOLATED. EXCESSIVE FORCE. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.] PETITIONER ASSERTS AND DECLARES THAT ON MARCH 5th AND 6th PETITIONER WAS SINGLED OUT BY STAFF SGT. LAWSON AND C/O ROBERTS FOR PREFERENTIAL TREATMENT THEY KNEW WAS AGAINST THE LAW BECAUSE THEY KNEW THEY BOTH WOULD BE ABLE TO SUCCESSFULLY COVER UP THEIR CRIME AS THEY HAVE DONE IN THE PAST. PETITIONER BELIEVES THE ACTION FROM C/O ROBERTS WAS IN FACT AN ACT OF RACIAL DISCRIMINATION BECAUSE WHITE INMATES AND OTHER NON-BLACK INMATES CHANGED TABLES THAT SAME MORNING OF MARCH 5th, 2006 UNCHALLANGED. PETITIONER ASSERTS THAT THE BEHAVIOR OF SGT LAWSON AND C/O ROBERTS IN THEIR ATTACK ON MY PERSON PHYSICALLY WAS CARELESS AND HAVE CAUSED ME NATHAN SPENCER TO SUFFER IRREPAIRABLE DAMAGE, MEMORY LOSS AND PYCHOLOGICAL IMPAIRMENT TO THIS DATE MARCH 1, 2008. PETITIONER DOES DECLARE THAT BOTH PEACE OFFICERS NEGLECTED TO STOP ONE ANOTHER FROM THEIR BRUTAL ATTACK ON ME DELIBERATLY VIOLATING MY CONSTITUTIONAL RIGHTS STATE AND FEDERAL TO BE FREE FROM HARM AT THE HANDS OF ANY MAN IN AMERICAN IN OR OUT OF JAIL. MY PERSONAL SAFETY WAS IN FACT VIOLATED BY THE PEOPLE (PEACE OFFICERS) WHO IN FACT ARE PAID WELL TO PROTECT ME FROM SUCH ACTS AND WHO HAD NO PENOLOGICAL INTEREST TO TREAT ME IN SUCH A HARMFUL MANNER. BY C/O ROBERTS AND SGT LAWSON PURPOSELY LOSING OR DESTROYING MEDICAL RECORDS DID IN FACT CAUSE ME TO BE DENIED MEDICAL TREATMENT THAT COULD HAVE LESSENED THE AFFECT OF MY HEAD INJURY, BACK INJURY, ARMS AND LEGS THAT I COULD HAVE GOT TREATMENT FOR. THIS ACT ALONE CLEARLY UNDERMINES JUSTICE AND THE CARE FOR LIFE AND LIBERTY. PETITIONER DOES ASSERT THAT THE ACTIONS OF THESE TWO MEN DID IN FACT VIOLATE MY CIVIL RIGHTS TO BE TREATED FAIRLY AND PROFESSIONALLY. PETITIONERS FUNDAMENTAL RIGHT SAFEGUARDED BY OUR CONSTITION WAS IN FACT VIOLATED BY THESE TWO STAFF MEMBERS AT DONOVAN PRISON IN SAN DIEGO ALONG WITH SUPERVISING STAFF WHOSE POLICY MAKING AND PROCEDURES, TRAINING ALL APPARENTLY NEGLIGENT TO INMATE SAFETY (MINE NATHAN SPENCER) COLLAPSED THAT DAY CAUSING ME TO SUFFER IRREPAIRABLE HARM AND PHYSICAL DAMAGE BY THE ASSAULT THAT HAPPENED TO ME AT THE HANDS OF SGT LAWSON AND C/O ROBERTS. SGT LAWASKI (SIC) THAT WAS WORKING THAT DAY AT THE FACILITY FOUR PROGRAM OFFICE DID TELL ME TO GO BACK TO THE FACILITY FOUR DINING HALL WITH THE AGREEMENT THAT I WOULD BE ENTITLED TO ANOTHER SACK LUNCH TO MAKE UP FOR A MISSED BREAKFAST. ONCE I PRESENTED THIS TO SGT LAWSON WHO WAS THE SUPERVISOR OVER CORRECTIONAL OFFICERS STANDING IN FRONT OF KITCHEN DINING ROOM SGT LAWSON BECAME AGITATED SAYING "NO ONE GOES TO ANOTHER SGT ON ME". LAWSON THEN CUFFED ME. ONCE C/O ROBERTS RAN OUT OF THE DINING ROOM AND BEGAN SOCKING ME IN THE JAW AND UPPER TORSEL SGT LAWSON DRUG ME INTO THE MIDDLE KITCHEN TO CONTINUE THE ATTACK. DUE TO NUMEROUS KICKS AND BLOWS FROM C/O ROBERTS AND LAWSON AT ONCE POINT I COLLAPSED TO THE GROUND FROM THEM LAWSON, ROBERTS POUNDING MY HEAD AGAINST THE WALL IN THE MID KITCHEN. I DECLARE I DID NOTHING TO ILLICIT SUCH A BEATING. ONCE MY HEAD WAS BUSTED AND I WAS CRYING OUT IN AGONY SGT LAWSONS ONLY RESPONSE WAS NEXT TIME IT WILL BE WORST. THE NEXT DAY AFTER BEING DENIED ADEQUATE MEDICAL TREATMENT ON THE DAY THAT THIS OCCURED A NEW MTA JANE DOE 3RD WATCH CALLED CENTRAL HOSPITAL AT DONOVAN THE CALL MADE FROM FACILITY FOUR MEDICAL OFFICE SHE TOLD CENTRAL THAT AN INMATE IS VOMITING BLOOD AND HAS A HEAD INJURY THAT MAY BE AN CONCUSION AND HE NEEDS IMMEDIATE HELP. ONCE OUT AT THE HOSPITAL ACTING SGT WALLS ATTEMPTED TO CIRCUMVENT TRANSPORTATION TO A OUTSIDE HOSPITAL U.C.S.D. MEDICAL CENTER BY TELLING THE TRANSPORTATION OFFICERS THAT THIS GUY DOESNT HAVE ANY INJURIES DONT TAKE HIM ANYWHERE. THE TRANSPORTATION OFFICERS TOLD SGT WALLS THAT THEY HAVE ORDERS BY THE DOCTOR THAT THIS GUY (PETITIONER) NEED IMMEDIATE HELP AND THAT THEY HAD TO FOLLOW HIS ORDERS. RN KNOCKS WAS AT THE CENTRAL HOSPITAL WHEN THIS OCCURED OR ONCE (WE, I AND TRANSPORTATION OFFICERS) AND SAID "WHY DO THEY CORRECTIONAL OFFICERS KEEP ASSAULTING YOU INMATES FOR THE LAST FEW MONTHS WE (THE HOSPITAL) HAVE BEEN GETTING A BUNCH OF SIMULAR CASES. TRANSPORTATION OFFICERS THROUGHOUT THE NIGHT AND MORNING KEPT ANTAGONIZING ME AND PRESSURING ME TO DROP THE WHOLE THING ABOUT NEEDING THE EXAMINATION FOR MY HEAD INJURY. I BELIEVE THEY WERE IN FACT ATTEMPTING TO HELP FELLOW OFFICERS BY DOING WHAT THEY CAN TO COVER UP A CRIME THAT I DO DESERVE RELIEF ON IN THE AMMOUNT ASKED OR WHAT A JURY WILL AWARD AND INJUNCTIVE RELIEF SO THIS MAY NOT HAPPEN TO ANOTHER INMATE OR HUMAN BEING THIS IS TRAGIC...

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: ______________________________

Defendants: ______________________________

(b) Name of the court and docket number: ______________________________

______________________________.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] ______________________________

______________________________.

(d) Issues raised: ______________________________

______________________________

______________________________

______________________________

______________________________.

(e) Approximate date case was filed: ______________________________.

(f) Approximate date of disposition: ______________________________.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

PETITIONER HAS HAD ONGOING MEMORY LOST THAT HAS IMPAIRED THE PROPER FOLLOWING UP OF 602 BUT DID FILE SEVERAL. NONE HAS BEEN RETURNED TO PETITIONER. PETITIONER DOES ASSERT THAT STAFF MAY BE HELPING TO COVER UP THIS INCIDENCE. PETITIONER DID SEND OUT 602 IN REGULAR MAILING PROCESS AND BELIEVES IT NEVER MET DESTINATION. PETITIONER HAS RECENTLY LEARNED OF A YELLOW MAIL BOX IN FRONT OF PROGRAM OFFICE IN WHICH TO MAIL 602 AND ONLY THE APPEALS COORDINATOR WILL HAVE THE KEY TO OPEN IT AND THOSE 602S DO REACH THEIR DESTINATIONS. PETITIONER DID RECENTLY FILE A PETITION (602) ON THIS ISSUE AND IS AWAITING A RESPONSE. PETITIONER DOES WANT THIS PETITION PROCESSED DUE TO VIOLATION OF STATE AND FEDERAL CONSTITUTIONAL VIOLATIONS. RESPECTFULLY.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): FROM ALL REPRISALS THAT INCLUDE PHYSICAL HARM, DESTRUCTION OF PROPERTY ANY UNUSUAL ACTS TO UNECESSARILY DEPRIVE PETITIONER OF ANY RIGHT SAFEGAURDED BY STATE AND FEDERAL CONSTITUTION. A RESTRAINING ORDER AGAINST THE TOUCHING OF ANY LEGAL DOCUMENTS DURING CELL SEARCHES WITHOUT THE PRESENCE OF A SGT OR LIEUTENANT PRESENT DURING THAT SEARCH. FULL ACCESS TO LAW LIBRARY DAILY TO FURTHER LITIGATE THIS ACTION AT LEAST 90-DAYS LIBRARY ACCESS. CAMERAS INSTALLED IN ALL AREAS WHERE OFFICIERS COULD HURT SOMEONE AS A DETERANT OF CRIME.
2. Damages in the sum of $ 300,000.00.
3. Punitive damages in the sum of $ 1,000,000.00.
4. Other: LEGAL FEES AS OWN ATTORNEY $50,000.00

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

MARCH 1, 2008
Date

[signature]
Signature of Plaintiff NATHAN SPENCER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ___
COPIES SENT TO
Court ___ Prose ___

FILED
MAR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**I (a) PLAINTIFFS**

**Nathan Spencer**

**DEFENDANTS**

**Hernandez, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Nathan Spencer**
**PO Box 799004**
**San Diego, CA 92179**
**D-29593**

**ATTORNEYS (IF KNOWN)**

**'08 CV 0416 JM JMA**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Eiectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 3/4/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Miller

# PROOF OF SERVICE BY MAIL

I MICHAEL MURPHY AM AN AMERICAN CITIZEN AND AM OVER THE AGE OF EIGHTEEN. I DECLARE I DO NOT HAVE ANY STAKE IN THIS MOTION, WRIT OR LETTER AND AM NOT A PARTY TO THE PET-ITIONER I AM ONLY A WITNESS TO THE MAILING OF ITS CONTENTS WHICH IS A APPLICATION 42 USC 1983 AND IN FORMA PAUPERIS APPLICATION. I DO DE-CLARE THAT IT WAS EXECUTED AND MAILED FROM DONOVAN STATE PRISON ON MARCH 2, 2008 IN THE CITY AND COUNTY OF SAN DIEGO OTAY MESA CALIF-ORNIA RESPECTFULLY. I DECLARE UNDER THE PEN-ALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. RESPECTFULLY.

RESPECTFULLY SUBMITTED,

MARCH 2, 2008 [signature]
WITNESS, MICHAEL MURPHY

///
///
///
///
///
///
///