# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

April 9, 2008

Nathan Spencer, D-29593
RJ Donovan Correctional Facility
PO Box 799004
San Diego, CA 92179

RE: Case Number 08cv0416-JM-JMA Spencer v Hernandez et al

Dear Nathan Spencer:

Enclosed you will find a conformed copy of your complaint that was filed on 3/4/08 and a copy of the Order granting your petition to proceed in Forma Pauperis.

Also enclosed are copies of your complaint, summons and U.S. Marshal service forms. It is your responsibility to complete the Marshal 285 forms and mail them together with the complaint and summons to the U.S. Marshal's office at the address given below.

You must provide the U.S. Marshal with a complaint, summons, and Marshal service form for each defendant to be served. The U.S. Marshal must also receive a copy of the summons and complaint for their record keeping purposes.

Also enclosed is a certified copy of the order granting forma pauperis in this case. It must be mailed to the U.S. Marshal with the complaint and summons package.

U. S. Marshals Office
U. S. Courthouse
940 Front Street
San Diego, CA 92189

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court
By:s/ L Odierno
Deputy Clerk