Nathan Spencer (D-29593) 20-209
P.O.Box 799004 RJD
San Diego California,92179
In Pro Per

FILED

2008 APR 25 PM 4:26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

NUNC PRO TUNC
APR 22 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT (SAN DIEGO )

Petitioner,

Nathan Spencer

On USC 42 1983 Civil Action

Case No. 08CV0416 - JM - JMA

Motion For Discovery per CCP 2017-010 and FRCP Rule 26 and Declaration

I

Comes now Petitioner to this Honorable Court for this Court to enforce the discovery rules that this court does have jurisdiction to enforce.Petitioner asserts that The Department of Correctins here at Richard J Donovan facility in San Diego California is in fact stalling the discovery process that the State of California Department of Justice requires in oder to receive Petitioners criminal history.Criminal Identification and Information P.O.B 903417 Sacramento California,94203-4170.Petitioner asserts that the information that the State of California Justice Department does possess information of Petitioners criminal record that is discoverable and that Petitioner does need in this case due to information that was used in Petitioners case to enhance Petitioners time in which Petitioner was on (Parole Violation) when Petitioner was attacked by staff

on March 5th 2005 at Richard J Donovan State Prison in San Diego California. Respectfully.The Justice Dept.did send Petitoner a finger print card per their process in order to receive criminal records to Petitioners present address Ref No.2008-040 no fee.Petitoner does assert that when Petitioner did present this form to staff to have finger prints done the answer was to get the print cards first at a prior date.Petitioner did write to the justice Department at some time during the month of March and did receive the finger print cards in order to receive the prints requested by The Justice Department.Respectfully. Petitioner was denied access to Release and Receiving the location that this Prison Facility does do the finger prints.The staff at the R&R area SGT.Padilla said that without a court order the prints would not be done.Petitioner prays that this court will in fact order the Prison Richard J Donovan Robert Hernandez(Warden) in schedule the R&R staff to do the finger prints so that Petitioner can send the complete application back to the Justice Department for the history of criminal records the is material and discoverable in this present case. Respectfully. PETITIONER DOES ASSERT PER CIVIL CODE § 1798.71 § 1798.72 - 1798.76 PETITIONER DOES HAVE LEGAL RIGHT TO PETITIONERS COMPLETE CRIMINAL HISTORY. RESPECTFULLY.

RESPECTFULLY SUBMITTED,

April 18,2008 [signature]
Petitioner,Nathan Spencer

///

///

///

///

DECLARATION

I Nathan Spencer am the Petitioner in the above titled case and does assert under the penalty of perjury within the State of California that the foregoing is true and correct and that the Petition was executed at Richard J Donovan state Prison in San Diego California on April 18,2008 Respectfully. Petitoner does further assert that the following was mailed from the same location on the same date.Respectfully.

RESPECTFULLY SUBMITTED,

April 18,2008

Petitioner,Nathan Spencer

# PROOF OF SERVICE BY MAIL

I LAWRENCE NELSON AM AN AMERICAN CITIZEN AND AM OVER THE AGE OF EIGHTEEN. I DECLARE UNDER THE PENALTY OF PERJURY WITHIN THE STATE OF CALIFORNIA THAT I'M NOT A PARTY TO THE PETITION BUT ONLY A WITNESS TO ITS MAILING. I FURTHER DECLARE THAT THE FOREGOING MOTION, PETITION, OR LETTER WAS MAILED FROM RICHARD J DONOVAN CORRECTIONAL FACILITY IN THE CITY AND COUNTY OF SAN DIEGO THE STATE OF CALIFORNIA. RESPECTFULLY.

RESPECTFULLY SUBMITTED,

APRIL 20, 2008 [signature]

WITNESS LAWRENCE NELSON

///
///
///
///
///
///
///
///
///
///