1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHAN SPENCER, | ) | Case No. 08-CV-0416-JM (JMA) |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING MOTION FOR** |
| | ) | **DISCOVERY WITHOUT PREJUDICE** |
| v. | ) | |
| | ) | |
| ROBERT J. HERNANDEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

On March 4, 2008, Plaintiff, a state prisoner proceeding pro
se, filed the above-entitled action alleging civil rights
violations.  Plaintiff moved for and was granted in forma
pauperis status on April 9, 2008.  On that same date, the U.S.
Marshal was directed to effect service of summons and complaint
pursuant to Fed. R. Civ. P. 4(c)(2) and 28 U.S.C. § 1915(d).  To
date, no Defendant has appeared in the action.

On April 25, 2008, Plaintiff filed a Motion for Discovery,
seeking a Court order instructing the Department of Corrections
and/or Richard J. Donovan Prison and/or Warden Robert Hernandez
to fingerprint him in order to obtain certain documents and

information pertaining to his "criminal history" from the California Department of Justice.  While this Court can render no opinion regarding Petitioner's request in terms of any right Petitioner <u>may</u> have to fingerprinting pursuant to California Department of Justice or Department of Corrections rules and regulations, the motion is premature in any event as a request for discovery in this federal action.

Accordingly, Petitioner's motion is DENIED without prejudice to Petitioner making the same or a similar motion after the Court conducts its initial Case Management Conference in the action.

**IT IS SO ORDERED.**

DATED:  May 1, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv0416