NATHAN SPENCER (J-29593) 20-209
P.O. BOX 799004 RJD
SAN DIEGO CALIFORNIA, 92179
IN PRO SE

FILED
2008 MAY 20 PM 3:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

NUNC PRO TUNC
MAY 14 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SPENCER, PLAINTIFF, v ROBERT HERNANDEZ, ET AL., DEFENDANT | CASE NO. 08 CV-0416 JM-JMA<br>MOTION FOR DISCOVERY PER FRCP RULE 26 AND RULE 62 AND DECLARATION |

I

COMES NOW PETITIONER TO THIS HONORABLE COURT FOR A RULING AND ORDER FOR THE WARDEN ROBERT HERNANDEZ AND OR THE DEPARTMENT OF CORRECTIONS TO PROVIDE PETITIONER WITH THE APPROPIATE ADDRESS WORK, OR HOME OF DEFENDANT CORRECTIONAL OFFICER ROBERTS. IT HAS BEEN BROUGHT TO PETITIONERS ATTENTION BY OTHER STAFF HERE AT RICHARD J. DONOVAN THAT THIS PARTICULAR DEFENDANT NO LONGER WORKS AT THIS LOCATION OR AT THE DEPARTMENT OF CORRECTIONS AT ALL

ANY MORE. SO THAT ALL DEFENDANTS ARE PROPERLY GIVEN NOTICE AND KEEP THE MARSHALS DEPARTMENT FROM GO-ING ON A WILD GOOSE CHASE PETITIONER NEEDS THE PROPER AND APPROPIATE ADDRESS OF C/O ROBERTS WHO IS NAMED IN COMPLAINT AS A DEFENDANT. THIS DEFE-NDANT WILL BE CALLED TO TESTIFY AND SO HE DOES POSS-ESS DISCOVABLE INFORMATION TO THESE PROCEEDINGS AND CASE. PETITIONER DOES ASK THIS COURT TO ALSO STAY OR TOLL THE PROCEEDINGS UNTIL PETITIONER IS GIVEN THIS DEFENDANTS ADDRESS SO THAT THIS DEFE-NDANT CAN BE GIVEN PROPER NOTICE AS A MATTER OF LAW. IF IT IS APPROPIATE PETITIONER ASK FOR 45 DAYS AND THEN A SET TIME BEFORE THIS COURT TO HAVE SUCH REQUESTED INFORMATION AS A MATTER OF LAW PER RULE 26(a)(1)(A)(B)(5)(b)(1) RESPECTFULLY.

RESPECTFULLY SUBMITTED,

MAY 12, 2008 [signature]
PETITIONER, NATHAN SPENCER

# DECLARATION

I NATHAN SPENCER AM THE PETITIONER IN THE ABOVE TITLED PETITION AND DO DECLARE THAT THE FOREGOING IS TRUE AND CORRECT AS A MATTER OF LAW ACCORDING TO THE PENALTY OF PERJURY LAW IN THE STATE OF CALIFORNIA. I FURTHER DECLARE THAT THE FOREGOING MOTION WAS EXECUTED AT RICHARD J DONOVAN CORRECTIONAL FACILITY IN THE CITY AND COUNTY OF SAN DIEGO ON THE DATE OF MAY 12, 2008. RESPECTFULLY

RESPECTFULLY SUBMITTED,

MAY 12, 2008 [signature]

PETITIONER, NATHAN SPENCER

# PROOF OF SERVICE BY MAIL

I LAWRENCE NELSON DO DECLARE THAT I AM AN AMERICAN CITIZEN AND AM OVER THE AGE OF EIGHTEEN AND AM NOT A PARTY TO THE ABOVE MENTIONED MOTION. I AM ONLY A WITNESS TO THE MAILING THEREOF. I FURTHER DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND DO DECLARE THAT THE MOTION FOR DISCOVERY EXECUTED BY PETITIONER NATHAN SPENCER WAS EXECUTED AT RICHARD J DON-OVAN CORRECTIONAL FACILITY AND MAILED FROM THE SAME LOCATION ON MAY 12, 2008 IN THE CITY AND COUNTY OF SAN DIEGO STATE CALIFORNIA. RESPECT-FULLY.

RESPECTFULLY SUBMITTED

MAY 12, 2008 Lawrence Nelson

WITNESS, LAWRENCE NELSON