U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: NATHAN SPENCER | COURT CASE NUMBER: 08-0416 JM (JMA) |
| DEFENDANT: CORRECTIONAL OFFICER ROBERTS | TYPE OF PROCESS: 42 USC 1983 CIVIL |

FILED
2008 JUN 13 AM 8:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: RICHARD J DONOVAN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 480 ALTA ROAD SAN DIEGO CALIFORNIA, 92179

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NATHAN SPENCER (D-29593) 20-209
P.O. BOX 799004 RJD
SAN DIEGO CALIFORNIA, 92179

| | |
|---|---|
| Number of process to be served with this Form - 285 | FIVE (5) |
| Number of parties to be served in this case | FIVE (5) |
| Check for service on U.S.A. | IN FORMA PAUPERIS |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

Fold

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT CALIFORNIA
2008 MAY 29 A 9:03

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Nathan Spencer | ☒ PLAINTIFF ☐ DEFENDANT | N/A | 5/20/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 98 | 98 | A Scott | 5/29/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*) | Date of Service / Time am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 5/29/08-Mailed SEC
06/12/08-Returned unexecuted. Per litigation coordinator, there is no one with this name @ RJ Donovan.

**PRIOR EDITIONS MAY BE USED** **1. CLERK OF THE COURT** **FORM USM-285 (Rev. 12/15/80)**