NATHAN SPENCER (D-29593) 20-208
P.O. BOX 799004 RJD
SAN DIEGO CALIFORNIA 92179
IN PRO PER

FILED

2008 JUN 20 PM 3:36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY RM DEPUTY

NUNC PRO TUNC
JUN 16 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT (SAN DIEGO)

| | |
|---|---|
| PETITIONER, NATHAN SPENCER ON MOTION | CASE NO. CV 0416 JM (JMA) MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION PER CODE OF CIVIL PROCEDURE RULE 527.6 AND DECLARATION |

I

COMES NOW PETITIONER TO THIS HONORABLE COURT FOR THIS COURT TO TAKE NOTICE OF PETITIONERS PRO SE LITIGANT STATUS AND INDIGENT STATUS AS HAVE BEEN PROVEN WITH THE IN FORMA PAUPERIS STATUS OF PETITIONER. PETITIONER HAS FILED A 42 USC 1983 AGAINST OFFICIALS HERE AT RICHARD J DONOVAN AND HAS SINCE BEEN HARASSED BY STAFF ON A REGULAR BASIS WITH REGARD TO IMPEDING PROGROSS ON RESEARCH AND LITIGATION. SEVERAL CORRECTIONAL OFFICIERS HAVE BEEN GIVEN DIRECTIVES FROM THE FACILITY CAPTAIN SOLICH (SIC) TO SINGLE ME OUT FOR PREFERENTIAL TREATMENT

TO ANNOY, HARASS AND CIRCUMVENT PETITIONERS PROCESS OF LITIGATING AND PREPARING MOTIONS, WRITS ETC. FOR THE ONGOING TRUTH FINDING PROCESS IN THE ABOVE MENTIONED CASE. C/O CUEVAS WHO IS THE FACILITY FOUR MEDICAL GUARD LEAVES HIS POST AND STEPS OUTSIDE TO LITERALLY BLOCK MY ENTERANCE OF THE LEGAL LIBRARY ON THIS FACILITY FOUR YARD. C/O LOPEZ WHO WORKS THE FACILITY FOUR GYM A COUPLE DAYS DURING THE WEEK HAS ALSO INTERFERED WITH MY TRUTH FINDING PROCESS IN REGARDS TO ME GETTING AN AFFADAVIT SIGNED BY INMATES WHO WERE PRESENT AT THE TIME THE ASSAULT TOOK PLACE IN WHICH PETITIONER IS CHALLENGING. PETITIONER IS NOW BLOCKED FROM USING THE RESTROOM AND GETTING DRINKS OF WATER IN WHICH PETITIONER WOULD HAVE TO STEP OUTSIDE THE FACILITY FOUR LIBRARY TO DO WHEN PETITIONER NEEDS TO USE THE REST ROOM AND GET A DRINK AS DIRECTED BY THE FACILITY FOUR CAPTAIN JULICH (SIC) TO THE LIBRARIAN E. SIMON. ONE OF THE LATEST EPISODES THAT TAKES PLACE ON A REGULAR BASIS AND WHICH BRINGS PETITIONER TO THIS HONORABLE COURT IS CORRECTIONAL OFFICER R. TAYLOR WHO WORKS FACILITY FOUR BUILDING NUMBER (20) ON WEDNESDAYS AND THURSDAY 2ND/WATCH FROM 0600 TO 1400 HRS. PETITIONER IS BLOCKED FROM BEING LET OUT OF HIS CELL ON TIME FOR LIBRARY ACCESS EVEN THOUGH PETITION DOES PRESENT A PASS TO GO AND ALTHOUGH LIBRARY STAFF DOES CALL THE BUILDING FOR PETITIONER TO BE RELEASED TO THE LAW LIBRARY

PETITIONER IS BLOCKED FROM PURSUING PROPER AND ADEQUENT LITIGATION WHICH DOES PREJUDICE PETITIONER TO PRESENT A PROPER PRESENTATION TO ANY REVIEWING COURT PRIMARILY THIS HONORABLE COURT. RESPECTIVELY. PETITIONER DOES UNDERSTAND THAT PRO SE LITIGANTS ARE AFFORDED PER LEWIS V CASEY 116 S.CT 2174 (1996) 10 HOURS PER WEEK TO LITIGATE UNLESS SOMETHING HAS TROMPED THAT RULING PETITIONER DOES ASSERT THAT IS NOT BEING UPHELD AS WELL. PETITIONER DOES ASK THIS COURT TO ORDER A TEMPORARY RESTRAINING ON ALL CORRECTIONAL OFFICERS HERE AT RICHARD J DONOVAN FACILITY TO REFRAME FROM HARASSING PETITIONER IN SUCH AS TO CIRCUMVENT AND STYMY PETITIONERS LITIGATION PROCESS. ON JUNE 5, 2008 PETITIONER WAS LET OUT OF HIS CELL FOR A SHOWER BY C/O R. TAYLOR AND C/O WIETZEL WHO WERE WORKING BUILDING 20. PETITIONER NOTICED THAT C/O R. TAYLOR WAS LITERALLY THROWING ALL PETITIONERS CLOTHES OUT THE CELL ONTO THE TIER. PETITIONER DID ASK C/O R. TAYLOR WHY SHE WAS BEHAVING IN SUCH A MANNER WAS IT BECAUSE PETITIONER WAS FILING A LAWSUIT ON OTHER CORRECTIONAL OFFICERS AND WAS SHE PART OF GREEN WALL; WHICH IS A ROGUE GANG OF OFFICERS STATE WIDE WHO ARE CRIMINALS WITH A BADGE. SET UP INMATES AND COVER THERE ACTIONS BY FEAR AND ITIMIDATION OF WOULD BE WHISTLER BLOWERS. C/O R. TAYLOR SAID "SO WHAT IF I AM WRITE IT UP LIKE YOU DO EVERYTHING ELSE!" WHEN PETITIONER

DID ENTER THE CELL AFTER THE SEARCH WAS OVER PETITIONER WAS MISSING SEVERAL PIECES OF LEGAL RESEARCH NOTES AND PART OF PETITIONERS SUPPLEMENTAL BRIEF IN ANOTHER CASE NUMBER D051978 WHICH IS IN THE APPELLATE COURT FOURTH (SAN DIEGO). PETITIONER WAS MISSING PENS TO WRITE WITH AND LEGAL PAPER. PETITIONER WOULD LIKE THIS HONORABLE COURT TO ORDER THE FOLLOWING: THE WRITING PENS (4) RE-PLACED AND ALLOW PETITIONER WHO IS A PRO SE INDIGENT INMATE IN MORE THEN ONE COURT TO BE ABLE TO TURN IN THE EMPTY PEN FILLERS AND RECIEVE NEW ONES FROM STAFF HERE AT RJD DONOVAN AND ANYWHERE PETITIONER IS HOUSED WHILE LITIGATION IS GOING ON. PAPER, HIGH-LIGHTERS, WHITE OUT FOR CORRECTION AND ANY OTHER SUPPLIES NEEDED TO RETAIN LEGAL CORRECTNESS THAT THIS COURT FINDS APPROPIATE AND IS NOT A SAFETY ISSUE FOR THIS PRISON AND ANY OTHER AS EACH ONE WILL HAVE THERE OWN SET OF SECURITY ISSUES. PETITIONER ALSO ASK THIS COURT TO ORDER A RESTRAIN OF CELL SEARCHES AND SEARCHES OF LEGAL DOCUMENTS OUTSIDE THE COMPANY OF STAFF SUPERVISORS SGT.S AND LT'S THAT WILL MAKE THE STAFF SEARCHING LIABLE FOR ANY LOST OR DESTROYED PAPERWORK OF A PRO SE LITIGANT. ALSO FOR STAFF TO LEAVE BEHIND A SEARCH SLIP SIGNED BY THAT SUPERVISOR AS TO THE REASON AND THE DATE OF THE SEARCH OF A PRO SE LITIGANT WHO DOES HAVE A SUIT IN AGAINST CORRECTIONAL OFFICIERS CO-WORKERS. RESPECTIVELY.

RESPECTFULLY SUBMITTED,

JUNE 9, 2008 [signature]

PETITIONER, NATHAN SPENCER

# DECLARATION

I NATHAN SPENCER AM THE PETITIONER IN THE ABOVE TITLED MOTION AND DO DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND FURTHER DECLARE THAT THE MOTION WAS EXECUTED AT RICHARD J DONOVAN FACILITY IN THE CITY AND COUNTY OF SAN DIEGO. RESPECTIVELY.

RESPECTFULLY SUBMITTED,

JUNE 9, 2008 [signature]

PETITIONER, NATHAN SPENCER

# PROOF OF SERVICE BY MAIL

I LAWRENCE NELSON AM ABOVE THE AGE OF EIGHTEEN AND AM NOT A PARTY TO THE ABOVE MENTIONED MOTION. I AM AN AMERICAN CITIZEN AND DO DECLARE THAT I DID IN FACT WITNESS THE MAILING OF THE ABOVE MOTION TO RESTRAIN STAFF HERE AT RJD DONOVAN. THE MOTION WAS EXECUTED AT DONOVAN AND MAILED ON JUNE 9, 2008 IN THE CITY AND COUNTY OF SAN DIEGO STATE CALIFORNIA. RESPECTIVELY.

RESPECTFULLY SUBMITTED,

JUNE 9, 2008 [signature]

WITNESS, LAWRENCE NELSON