NATHAN SPENCER (J-29593) 20-209
P.O. BOX 799004 RJD
SAN DIEGO CALIFORNIA, 92179
IN PRO SE

NUNC PRO TUNC
JUN 24 2008

FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT (SAN DIEGO)

| | |
|---|---|
| PETITIONER, NATHAN SPENCER ON MOTION | CASE NO. 08CV0416 JM-JMA MOTION FOR DISCOVERY OF DEFENDANTS ADDRESSES FOR SUMMONS PER FRCP RULE 4-6 CIVIL CODE RULE 1798 - 1798.78; CCP RULE 2017.010 - 2024.050 AND DECLARATION |

I

COMES NOW PETITIONER TO THIS HONORABLE COURT FOR THIS HONORABLE COURT TO COMPEL THE STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND OR ANY PUBLIC RECORD HOLDER OR AGENCY TO DISCLOSE THE ADDRESS OF EX CORRECTIONAL OFFICER ROBERTS WHO WAS EMPLOYED WITH THE DEPARTMENT OF CORRECTIONS IN THE CITY OF SAN DIEGO CALIFORNIA RICHARD J DONOVAN PRISON IN OR ABOUT MARCH 2006 UP UNTIL HE WAS TRANSFERED OR FIRED PER FREEDOM OF INFORMATION ACT FOR THE PURPOSE TO SERVE HIM A SUMMONS TO APPEAR BEFORE THIS HONORABLE COURT TO DEFEND

AGAINST AN EXCESSIVE FORCE COMPLAINT FILED BY THIS PETITIONER IN THE ABOVE TITLED CASE NO. PETITIONER IS WITHOUT ANY ACCESS TO ANY OTHER RULES TO ENFORCE THIS MOTION OTHER THAN THOSE MENTIONED IN CAPTION AND PETITIONER COMMON RIGHT TO SERVE ALL DEFENDANTS THAT HAS BEEN NAMED IN A CIVIL RIGHTS 42 USC 1983 CLAIM AND PETITIONERS CONSTITUTIONAL RIGHT OF DUE PROCESS TO BE ASSISTED BY THIS COURT IN DOING SO TO SECURE THE CLAIM SO MENTIONED TO AFFORD PETITIONER THE RIGHT TO PROVE THE CLAIM OF EXCESSIVE FORCE THAT PETITIONER DOES STILL SUFFER FROM BY WAY OF MIGRAIN HEAD ACHES, MEMORY LOSS AND BLURRY VISION ... PETITIONER DOES DECLARE AND ASSERT THAT THE STATE OF CALIFORNIA AND OR THE DEPARTMENT OF CORRECTION DOES POSSESS THE LAST KNOWN ADDRESS TO DEFENDANT CORRECTIONAL OFFICER ROBERTS AND CAPTAIN LU (SIC) WHO IS NAME AS DEFENDANTS IN ABOVE MENTIONED CLAIM. PETITIONER DOES ASSERT THAT AN EXTENDED TIME PERIOD TO SERVE DEFENDANTS SHALL BE ORDERED PER FRCP RULE 6 TO ENABLE THAT THE LAW IS SAFEGUARDED TO SECURE THE RIGHTS OF THE PARTIES. PETITIONER DOES ASK THAT THESE ADDRESSES SO MENTIONED BE FORWARDED TO THE U.S. MARSHAL SERVICE SO THAT THEY CAN SERVE DEFENDANTS AND THAT THIS COURT PLEASE SEND AN ORDER EXTENDED PETITIONERS SUMMONS DEADLINE FROM AUGUST 9, 2008 TO AT LEAST SEPTEMBER 9, 2008 FOR NOW TO GIVE TIME

FOR SERVICE PER FRCP RULE 4 AND AS A RIGHT TO THE PARTIES. PETITIONER ASSERTS THAT MENTIONED AGENCIES DOES SO POSSESS THE INFORMATION AND ADDRESSES ASKED FOR AND AS A MATTER OF LAW SHALL DISCLOSE AS SO MENTIONED. PETITIONER DOES ASSERT OF DUE COURSE AND AUTHORITY THAT THIS COURT DOES POSSESS JURISDICTION TO EXECUTE MOTION TO COMPEL AND DISCLOSE ASKED FOR RECORDS AND PUBLIC INFORMATION FOR SUMMONS PURPOSES TO BE FORWARDED TO THE MARSHAL SERVICE OF THE UNITED STATES SOUTHERN DISTRICT OF CALIFORNIA 940 FRONT STREET ROOM B150 SAN DIEGO CALIFORNIA; 92101 AND FOR THIS COURT TO LET PETITIONER KNOW WHEN SUCH ORDER HAS BEEN GIVEN SO THAT PETITIONER CAN MAIL BACK TO MARSHALS OFFICE THE UNDELIVERED SUMMONS IN CIVIL ACTION CASE NO. 08CV0416-JM-JMA 42 USC 1983 THAT WERE MAILED AND DELIVERED FROM THE MARSHALS OFFICE ON THIS DATE AS UNDELIVERABLE TO THE TWO SAID DEFENDANTS CAPTAIN LU AND CORRECTIONAL OFFICER (EX) ROBERTS. RESPECTIVELY. PETITIONER DID SENSE THERE WOULD BE A PROBLEM LOCATING SAID DEFENDANTS AND DID SEND OUT A MOTION TO LOCATE PRIOR TO ATTEMPTING SERVICE MAILED TO THIS COURT ON MAY 12, 2008 RESPECTIVELY. "A.SCOH" RETURNED SUMMONS ON JUNE 12 2008 FOR FAILURE TO LOCATE.

U.S. MARSHAL SAN DIEGO
FILED 5/29/08

RESPECTFULLY SUBMITTED,

JUNE 18, 2008 [signature]

PETITIONER, NATHAN SPENCER

# DECLARATION

I NATHAN SPENCER AM THE PETITIONER IN THE ABOVE TITLED PETITION AND DO DECLARE THAT THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY. I FURTHER DECLARE THAT PETITIONER IS BEING AS DILIGENT AS POSSIBLE UNDER THE CURRENT LOCKDOWN SITUATION THAT DOES HINDER ANY LIBRARY ACCESS BUT PETITIONER DOES ASSERT THAT PETITIONER CAN ATTEND RICHARD J DONOVANS PRISON CENTRAL LIBRARY WITH THIS COURTS ORDER AS PETITIONER WOULD ASK. PETITIONER DOES ASSERT THAT THE RECEPTION FACILITY YARD IN WHICH PETITIONER IS HOUSED IS OFTEN LACKING APPROPIATE STAFF TO OPEN AT ALL AND PETITIONER IS IMPEDED TO ADEQUATE ACCESS TO COURTS THAT DOES PREJUDICE PETITIONERS FILING OF APPROPIATE MOTIONS ACCORDINGLY. LEWIS V. CASEY 116 S.CT. 2174 (1996), SOWELL. V. VOSE, 941 F.2d 32,35 (CA.1 1991), TURNER V. SAFLEY, 107 S.CT 2254 1987, BOUNDS V. SMITH 97 S.CT 1491 (1977). PETITIONER DOES ASSERT PER CCP RULE 415.50 (a) (1) (2) (b) THAT THIS HONORABLE COURT CAN ORDER A SERVICE OF PUBLICATION FOR SUMMONS PURPOSES AND PETITIONER DOES ASK THIS HONORABLE COURT TO DO SO IF THIS COURT FEELS IT TO BE NO OTHER WAY TO LOCATE EX CORRECTIONAL OFFICER ROBERTS AND CAPTAIN LU (SIC) IN A SAN DIEGO TRIBUNE NEWSPAPER (LOCAL) OR STATE OF CALIFORNIA NEWSPAPER. PETITIONER FURTHER ASK FOR RELIEF ASKED FOR IN THE COMPLAINT IF FOUND THAT DEFENDANT[S] EX CORRECTIONAL OFFICER ROBERTS AND CAPTAIN LU IS IN FACT EVADING

CONT.

# DECLARATION

SERVICE OR CONCEALS A DEFECT IN ATTEMPTED SERVICE E.G., DITKOF V. OWENS-ILLINOIS, INC., 114 F.R.D. 104 (E.D. MICH. 1987) THIS DISTRICT COURT SHOULD ALSO TAKE CARE TO PROTECT PRO SE PLAINTIFFS FROM CONSENQUENCES OF CONFUSION OR DELAY ATTENDING THE RESOLUTION OF AN IN FORMA PAUPERIS PETITION. ROBINSON V. AMÉRICAS BEST CONTACTS & EYEGLASSES, 876 F.2d 596 (7th CIR 1989). PETITIONER DECLARES UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS CORRECT AND DECLARES THAT THE MOTION AND DECLARATION WAS EXECUTED AND MAILED FROM RICHARD J DONOVAN CORRECTIONAL FACILITY IN THE CITY AND COUNTY OF SANDIEGO, STATE CALIFORNIA, ON JUNE 18, 2008. RESPECTIVELY, PETITIONER ASSERTS THAT IF FOUND THAT DEFENDANTS ABOVE MENTIONED ARE EVADING SERVICE PER SUB DIVISION FRCP RULE 4(m) THAT ASKED FOR RELIEF IN COMPLAINT MUST BE GRANTED AND MAY BE JUSTIFIED DITKOF V. OWENS-ILLINOIS, INC., 114 F.R.D. 104 (E.D. MICH. 1987), RESPECTIVELY.

RESPECTFULLY SUBMITTED,

JUNE 18, 2008 [signature]

PETITIONER, NATHAN SPENCER

///

///

///

///

///

///

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, NATHAN SPENCER DECLARE UNDER THE PENALTY OF PERJURY THAT : I AM THE Declarant/Prisoner IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE , EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS , I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 19th DAY OF JUNE, AT R.J.D. STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) [signature]
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

*(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )*

*I,* LAWRENCE NELSON, *AM A RESIDENT OF* R.J.D. *STATE PRISON, IN THE COUNTY OF* S.D. *STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND* [redacted]*IAM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS:* P.O. BOX 799004 SAN DIEGO CALIFORNIA, 92179.

*ON* JUNE 19, 2008, *I SERVED THE FOREGOING:*

MOTION FOR DISCOVERY TO LOCATE AND PUBLICATION OF SUMMONS PER CCP RULE 415.50(a)(1)(2)(b)

*(SET FORTH EXACT TITLE OF DOCUMENT/S SERVED)*

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richad J. Donovan Correctional Facility

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: JUNE 19, 2008. Lawrance Nelson
*(DECLARANT/PRISONER)*