**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 JUL -8 PM 3:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE Adler

FROM: L Odierno, Deputy Clerk RECEIVED DATE: 7/2/08

CASE NO.: 08cv416-JM-JMA DOCUMENT FILED BY: Nathan Spencer

CASE TITLE: Spencer v Hernandez et al

DOCUMENT ENTITLED: Motion for Default of Judgment per FRCP Rule 55 and Declaration

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: No proof of service on defendants or the office of the Attorney General, state of California (defendants' counsel) |

Date forwarded: 7/3/08

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Adler

Dated: 7/7/2008

By: [signature]

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

NATHAN SPENCER (D-29593) 20-207
P.O. BOX 799004 RJD
SAN DIEGO CALIFORNIA, 92179
IN PRO SE

REJECTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT (SAN DIEGO)

| PETITIONER, NATHAN SPENCER ON MOTION | CASE NO. 08CV0416 JM-JMA MOTION FOR DEFAULT OF JUDGMENT PER FEDERAL RULES OF CIVIL PROCEDURE RULE 55 AND DECLARATION |
|---|---|

I

COMES NOW PETITIONER ON MOTION SO THAT THIS HONORABLE COURT WILL ORDER A DEFAULT OF JUDGMENT PER FRCP RULE 55 WHICH STATES THAT WHEN A PARTY FAILS TO ANSWER A PLEADING AT THE SET TIME GIVEN BY THE COURT THAT THE COURT "WILL" ENTER A JUDGMENT IN FAVOR OF PLAINTIFF AGAINST THE DEFENDANT IN THE SUM THAT PLAINTIFF SEEKS WHICH IN THIS CASE IS ONE MILLION THREE HUNDRED AND FIFTY THOUSAND AMERICAN DOLLARS. RESPECTIVELY FOR SAID INJURIES THAT DID OCCUR AT THE HANDS OF STAFF SGT/LT LAWSON AND EX-CORRECTIONAL OFFICER ROBERTS