U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>NATHAN SPENCER | COURT CASE NUMBER<br>08-0416 JM(JMA) |
| DEFENDANT<br>LT. LAWSON | TYPE OF PROCESS<br>42 USC 1983 CIVIL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RICHARD J DONOVAN PRISON

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
480 ALTA ROAD SAN DIEGO CALIFORNIA, 92179

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NATHAN SPENCER (D-29593) 20-209
P.O. BOX 799004 RJD
SAN DIEGO CALIFORNIA, 92179

| | |
|---|---|
| Number of process to be served with this Form - 285 | FIVE (5) |
| Number of parties to be served in this case | FIVE (5) |
| Check for service on U.S.A. | IN FORMA PAUPERIS |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold Fold

2008 MAY 29 A 9

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT
CALIFORNIA

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Nathan Spencer | ☒ PLAINTIFF<br>☐ DEFENDANT | N/A | 5/20/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 98 | No. 98 | A Scott | 5/29/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| | |
|---|---|
| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (*complete only if different than shown above*) | Date of Service / Time am pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 5/29/08 - mailed SEC
06/27/08 - Rec'd waiver of service of summons.
Copy to court and plaintiff

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

| | |
|---|---|
| U.S. Marshals Office<br>940 Front St. B150<br>San Diego, CA 92101-8930 | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
| PLAINTIFF(S): Nathan Spencer<br>v.<br>DEFENDANT(S): Robert Hernandez, et al. | CASE NO.: 08-cv-0416-JM-JMA<br>**WAIVER OF SERVICE OF SUMMONS & COMPLAINT** |

Name: R. Lawson
Address: Richard J. Donovan Correctional Facility, 480 Alta Road
City, State: San Diego, CA 92179

I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action. I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after May 29, 2008. If I am a Federal employee/defendant/ the aforesaid answer or motion is not due until 60 days after the aforesaid date, or 60 days after the United States Attorney General's Office is properly served with summons & complaint, whichever is later.

DATE: 6/25/08 SIGNATURE ______________________

Name (Printed/Typed): Susan E. Coleman, DAG

Street Address: 110 West "A" Street, Suite 1100

City / State / Zip: San Diego, CA 92101

Telephone: (619) 645- 3083 Fax (619) 645-2581

Relationship to Entity On Whose Behalf I Am Acting: Attorney for Defendant

Name of Party Waiving Service: R. Lawson

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and compliant. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of summons was received.

**WAIVER OF SERVICE OF SUMMONS**