EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
MICHELLE DES JARDINS
Supervising Deputy Attorney General
SUSAN E. COLEMAN, State Bar No. 171832
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-3083
Facsimile: (619) 645-2581
Email: Susan.Coleman@doj.ca.gov

Attorneys for Defendants R. Hernandez, R. Lawson, and B. Morris

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN SPENCER,**<br><br>Plaintiff,<br><br>v.<br><br>**HERNANDEZ, et al.,**<br><br>Defendants. | 08 CV-00416 JM (JMA)<br><br>**DECLARATION OF T. BRUSATO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO EXHAUST**<br><br>Hearing: September 5, 2008<br>Time: 9:00 a.m.<br>Courtroom: D<br>Judge: The Honorable Jan M. Adler<br>**No Oral Argument or Appearance Required** |

C A L I F O R N I A
VCGCB
Victim Compensation & Government Claims Board

STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

## DECLARATION

I do declare as follows:

I am the duly authorized custodian of records and have the authority to certify the records and documents of the Government Claims Program at the Victim Compensation and Government Claims Board. As part of my job duties, I am familiar with how the records of the Government Claims Program are maintained. I have searched the records maintained by the Government Claims Program in the ordinary course of the business. I have been unable to locate any claims that have been filed with, or presented to the Victim Compensation and Government Claims Board that match the following provided information:

NATHAN SPENCER; D29593

March 5, 2006

I declare under the penalty of perjury that the foregoing is true and correct, and that I executed said Declaration. I am willing and able to testify to the truth of the statements made herein, if necessary.

Executed at Sacramento, California, June 30, 2008

TAMRAH BRUSATO
Custodian of Records
Government Claims Program

*EDMUND G. BROWN JR.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

110 WEST A STREET, SUITE 1100
SAN DIEGO, CA 92101
P.O. BOX 85266
SAN DIEGO, CA 92186-5266

Public: (619) 645-2001
Telephone: (619) 645-2298
Facsimile: (619) 645-2581
E-Mail: Daisy.Sanchez@doj.ca.gov

c/o darlene.macias@doj.ca.gov

June 20, 2008

Government Claims Program
JUN 25 2008
RECEIVED

Victim Compensation & Government Claims Board
P.O. Box 3036
Sacramento, CA 95812-9912

RE: **Victim Compensation and Government Claims Board Request**
United States District Court, Southern District of California, Case No. 08CV00416 JM JMA

Dear Darlene:

**Please:**

**1. ) Search for a claim or late claim application filed by:**

*CLAIMANT:* Nathan Spencer (CDCR# D-29593)

*CLAIM NUMBER:* unknown

*DATE OF INCIDENT:* 3/5/06 (please search for claims filed after 3/5/06 - present re an incident at RJD)

**2.) After search is complete, please:**

X *Provide a (1) declaration that no claim is on file* ***OR*** *(2) a certified copy of the claim.*

_______ *Provide a standard copy of the claim file.*

_______ *Other:*

**3. ) Please forward documents:**

X *Via A.G. mail basket located at the Board (AG courier will pick up and forward to requestor).*

_______ *Via United States mail using the attached self-addressed envelope.*

_______ *Other:*

**4. ) Requested by:** DAG SUSAN COLEMAN, (619) 645-2298

Sincerely,

DAISY SANCHEZ
Senior Legal Analyst

For EDMUND G. BROWN JR.
Attorney General

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Spencer, Nathan v. Hernandez, et al.**

Case No.: **08 CV-00416 JM (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 21, 2008, I served the attached **DECLARATION OF T. BRUSATO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO EXHAUST** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Nathan Spencer**
**CDCR No. D-29593**
**Richard J. Donovan Correctional Facility**
**P.O. Box 799006**
**San Diego, CA 92179-9006**

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2008, at San Diego, California.

| | |
|---|---|
| B. Magallanes | [signature] |
| Declarant | Signature |

70130998.wpd