EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
MICHELLE DES JARDINS
Supervising Deputy Attorney General
SUSAN E. COLEMAN, State Bar No. 171832
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-3083
Facsimile: (619) 645-2581
Email: Susan.Coleman@doj.ca.gov

Attorneys for Defendants R. Hernandez,
R. Lawson, and B. Morris

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN SPENCER,**<br><br>Plaintiff,<br><br>v.<br><br>**HERNANDEZ, et al.,**<br><br>Defendants. | 08 CV-00416 JM (JMA)<br><br>**DECLARATION OF J. CURIEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO EXHAUST**<br><br>Hearing: September 5, 2008<br>Time: 9:00 a.m.<br>Courtroom: D<br>Judge: The Honorable Jan M. Adler<br>**No Oral Argument or Appearance Required** |

I, J. CURIEL, declare as follows:

1. I make the following declaration of facts based on my own knowledge and, if called, can testify competently thereto.

2. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as a Correctional Counselor II and am assigned as the Appeals Coordinator at the California State Prison - Los Angeles County (CSP-LAC) in Lancaster, California, which

receives all inmate appeals (CDCR Form 602 or 1824 ADA) submitted for formal level review at the institutional level. I am familiar with CDCR's inmate appeal process and the processing of inmate appeals at CSP-LAC. I have held this position since March 19, 2007.

3. The California Code of Regulations, Title 15, § 3084.1(a), Right to Appeal, states, "Any inmate or parolee under the department's jurisdiction may appeal any departmental decision, action, condition, or policy, which they can demonstrate as having an adverse effect upon their welfare."

4. There are four levels of appeal review: one informal and three formal levels. See Cal. Code Regs. tit.15, §3084.5. The informal level of review requires the inmate to informally resolve the action or decision with the involved staff member. If the inmate is not satisfied with the informal-level response, he may submit the appeal for a first-formal level review. The first-formal level review is conducted by the Division Head or by his or her designee. If the inmate is not satisfied with the first-formal level response, he may submit the appeal for a second-level review. The second-level review is conducted by the Institution Head or his or her designee. If the inmate is not satisfied with the second-level response, he may submit it for third-level review, which constitutes the CDCR Director's decision on an appeal.

5. When an appeal is properly and timely submitted at the first-formal level, it is immediately assigned a log number—regardless of its disposition—for tracking purposes and to prevent inmates from asserting staff lost the appeal. If an appeal is not properly or timely submitted, it will not be filed, but is instead "screened-out" and returned to the inmate with written instructions on how to cure the defects, if possible. If an inmate timely resubmits his appeal for a second-level review, the appeal is logged into the Inmate Appeal Tracking System. The Inmate Appeal Tracking System denotes the date that a request for a second-level review is received by the Appeals Office, the date the second-level response is due, the date the second-level response was completed (meaning the date it was returned to the inmate), and the appeals disposition.

6. The California Attorney General's Office requested this Office search our records to ascertain if Plaintiff Nathan Spencer, CDCR No. D-29593, filed any inmate appeals while he

was incarcerated at CSP-LAC from June 6, 2006, to August 28, 2006[1], particularly concerning an alleged use of excessive force by Defendants Lawson and Roberts on March 5, 2006, at the Richard J. Donovan Correctional Facility. We were informed that Plaintiff also alleges Warden Hernandez and Captain Morris failed to supervise Officer Roberts and Sergeant Lawson, resulting in their use of excessive force.

7. A thorough search of our records, which are kept in the ordinary course of business at or near the time this Office receives an inmate appeal, revealed that Plaintiff has not submitted any appeals which were processed for review at CSP-LAC after the incident date of March 5, 2006. However, Plaintiff submitted one earlier appeal, as follows:

(a) On January 4, 2005, Plaintiff submitted an appeal regarding his classification. Plaintiff's appeal was assigned Log No. LAC-D-04-03394 and was granted at the first level on January 26, 2005, after Plaintiff had already been paroled on January 20, 2005.

8. Attached as Exhibit A is a true and correct copy of the Inmate Appeals Tracking System printout for Plaintiff's appeals at CSP-LAC.

9. While incarcerated at CSP-LAC, Plaintiff Nathan Spencer, CDCR No. D-29593, did not submit any appeals to the Appeals Office at CSP-LAC which were rejected or screened out for deficiencies. Other than the appeal listed above in ¶ 7, there are no records of any other appeals submitted by Plaintiff at CSP-LAC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of July 2008, in Lancaster, California.

J. CURIEL

70129885.wpd
SD2008700550

1. Plaintiff was also housed at CSP-LAC from December 8, 2004, to January 20, 2005. (*See* Ex. B to Franklin Decl., Inmate Movement History.)

**<u>Spencer, Nathan v. Hernandez, et al.</u>**
**USDC- Southern District Case No. 08 CV-00416 JM (JMA)**

# EXHIBIT A

**Inmate Appeals Tracking System Printout**

6994

CSP - Los Angeles County 07/10/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

**Sorted By: CDC Number**

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| D29593 | SPENCER, N | FACILITY D | CUSTODY/CLASS. | LAC-D-04-03394 | |

**Level I Review:** **Received:** 01/04/2005 **Due:** 02/16/2005 **Completed:** 01/26/2005 **Disposition:** GRANTED

**Total:** 1

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: **Spencer, Nathan v. Hernandez, et al.**

Case No.: **08 CV-00416 JM (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 21, 2008, I served the attached **DECLARATION OF J. CURIEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO EXHAUST** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Nathan Spencer**
**CDCR No. D-29593**
**Richard J. Donovan Correctional Facility**
**P.O. Box 799006**
**San Diego, CA 92179-9006**

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2008, at San Diego, California.

B. Magallanes — [signature]

Declarant — Signature

70130997.wpd