EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
MICHELLE DES JARDINS
Supervising Deputy Attorney General
SUSAN E. COLEMAN, State Bar No. 171832
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-3083
Facsimile: (619) 645-2581
Email: Susan.Coleman@doj.ca.gov

Attorneys for Defendants R. Hernandez, R. Lawson, and B. Morris

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN SPENCER,**<br><br>Plaintiff,<br><br>**v.**<br><br>**HERNANDEZ, et al.,**<br><br>Defendants. | 08 CV-00416 JM (JMA)<br><br>**DECLARATION OF T. EMIGH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO EXHAUST**<br><br>Hearing: September 5, 2008<br>Time: 9:00 a.m.<br>Courtroom: D<br>Judge: The Honorable Jan M. Adler |

I, T. EMIGH, declare as follows:

1. I make the following declaration of facts based on my own knowledge and, if called, can testify competently thereto.

2. I have worked for the California Department of Corrections and Rehabilitation (CDCR) for approximately 21 years. I am currently employed as the Assistant Chief at the Inmate Appeals Branch in Sacramento, which receives all inmate appeals submitted to the third formal level of review, also known as the Director's level. I have held this position for four

years.

3. There are four levels of appeal review in the California prison system: one (1) informal and three (3) formal levels. Cal. Code Regs. tit. 15, § 3084.5. To initiate the appeal process, the inmate must submit a CDCR form 602, which requires the inmate to describe the adverse action he or she seeks to appeal in addition to specifying the relief he or she requests. The informal level of review requires the inmate to submit the CDCR form 602 directly to prison staff who were involved in the action or decision within fifteen (15) working days to attempt a resolution on an informal basis. If the issue is not resolved at the informal level, the inmate may appeal to the first formal level of review, which is submitted for review at the Division Head level. If the inmate is not satisfied after the first formal level of review, the inmate may submit the CDCR form 602 for a second formal level review, which is conducted by the Institution Head or his or her designee. If the inmate is not satisfied after the second level review is completed, the inmate may appeal to the Secretary of CDCR (formerly the Director) by submitting the appeal to the Inmate Appeals Branch. A decision by the Inmate Appeals Branch, which is supervised by the Chief of Inmate Appeals, constitutes the Secretary's decision and completes the administrative appeal process. All inmate appeals submitted to the Inmate Appeals Branch for third level review are processed through my office.

4. Upon receipt, all appeals are logged into a computer database. The computer database tracks all properly filed inmate appeals received since 1993, which have been accepted for review by the Inmate Appeals Branch (IAB).

5. I am personally familiar with the record keeping system at the Inmate Appeals Branch, and I am able to verify the status of an inmate's third-level administrative appeal(s).

6. This Office received a request from the Office of the Attorney General to research our system files to locate any and all Third Level Inmate Appeals filed by Nathan Spencer, CDCR No. D-29593, pertaining to allegations of use of excessive force by Defendants Lawson and Roberts on March 5, 2006, at the Richard J. Donovan Correctional Facility. We were also informed that Plaintiff alleges Warden Hernandez and Captain Morris failed to supervise Officer Roberts and Sergeant Lawson, resulting in their use of excessive force.

7. A thorough search of our records, which are kept in the ordinary course of business at or near the time this Office receives an inmate appeal, revealed that this Office has not accepted for review any appeals from Plaintiff Nathan Spencer on or after the incident date of March 5, 2006. Plaintiff therefore did not exhaust any appeal at the Third Level regarding allegations of use of excessive force by Defendants Lawson and Roberts on March 5, 2006, or the related allegations of negligent supervision by Defendants Hernandez and Morris.

8. A tracking system for appeals *rejected* by the Office of the Inmate Appeals Branch was established in August of 2000. A thorough search by my staff of records kept in the ordinary course of business in the Office of Inmate Appeals Branch in Sacramento, California revealed that inmate Spencer has had the following appeals rejected by this office on or after the incident date of March 5, 2006:

(a) On September 27, 2006, this Office screened out an appeal from Plaintiff without an assigned institutional log number because it had not been completed through the second level of appeal before being submitted.

(b) On December 19, 2006, this Office screened out an appeal from Plaintiff without an assigned institutional log number because it had not been completed through the second level of appeal before being submitted.

(c) On December 23, 2006, this Office screened out an appeal from Plaintiff without an assigned institutional log number because it had not been completed through the second level of appeal before being submitted.

9. A true and accurate copy of the Inmate/Parolee Appeals Tracking System - Level III, for inmate Nathan Spencer, CDCR No. D-29593, is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008, at Sacramento, California.

T. EMIGH, Assistant Chief

[illegible]
SD2008700550

**Spencer, Nathan v. Hernandez, et al.**
**USDC, Southern District Court Case No. 08 CV-00416 JM (JMA)**

# EXHIBIT A

**Inmate/Parolee Appeals Tracking System - Level III, for inmate Nathan Spencer, CDCR No. D-29593**

70130430.wpd

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

**Inmate / Parolee Appeals Tracking System - Level III**

**Appellant Appeal History**

**CDCR Number: D29593**

**Sorted By: CDCR Number**

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| D29593 | SPENCER, NATHAN | RJD | 11/20/2007 | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0204326 | CASE INFO/RECORDS | Prior to subcategory | 10/11/2002 | CCI-02-01990 | 01/13/2003 | 12/27/2002 | DENIED |
| 0311466 | MAIL | Prior to subcategory | 04/26/2004 | CEN-03-01654 | 07/21/2004 | 07/14/2004 | DENIED |
| 0405718 | STAFF COMPLAINTS | Prior to subcategory | 12/01/2004 | CEN-04-01318 | 02/23/2005 | 02/22/2005 | DENIED |
| 0406912 | STAFF COMPLAINTS | Prior to subcategory | 01/05/2005 | CEN-04-01552 | 04/04/2005 | 04/04/2005 | DENIED |
| 9303244 | DISCIPLINARY | Prior to subcategory | 10/25/1993 | -93-02567<br>CAL-93-00782 | 11/26/1993 | 03/03/1994 | DENIED |
| 9303245 | DISCIPLINARY | Prior to subcategory | 10/25/1993 | -93-02987<br>CAL-93-00796 | 11/26/1993 | 12/17/1993 | DENIED |
| 9405447 | CUSTODY/CLASS | Prior to subcategory | 02/01/1995 | -94-03630 | 03/03/1995 | 04/07/1995 | DENIED |
| 9502664 | STAFF COMPLAINTS | Prior to subcategory | 10/12/1995 | -94-06211 | 11/10/1995 | 12/15/1995 | DENIED |
| 9704783 | WORK INCENTIVE | Prior to subcategory | 12/29/1997 | MCSP-97-01377 | 03/24/1998 | 02/27/1998 | DENIED |
| 9905354 | CASE INFO/RECORDS | Prior to subcategory | 01/13/2000 | MCSP-99-02700 | 04/06/2000 | 07/17/2000 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0311466 | MAIL | Prior to subcategory | 07/15/2004 | CEN-03-01654 | 08/31/2004 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 5025623 | OTHER | Prior to subcategory | 08/03/2006 | | 09/27/2006 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5028557 | OTHER | Prior to subcategory | 10/04/2006 | | 12/19/2006 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5028821 | OTHER | Prior to subcategory | 10/17/2006 | | 12/23/2006 | | MUST BE COMPLETED |

Inmate Appeals Branch

07/15/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

**Inmate / Parolee Appeals Tracking System - Level III**

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| D29593 | SPENCER, NATHAN | RJD | 11/20/2007 | | |

THROUGH 2ND LEVEL

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Spencer, Nathan v. Hernandez, et al.**

Case No.: **08 CV-00416 JM (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 21, 2008, I served the attached **DECLARATION OF T. EMIGH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO EXHAUST** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Nathan Spencer**
**CDCR No. D-29593**
**Richard J. Donovan Correctional Facility**
**P.O. Box 799006**
**San Diego, CA 92179-9006**

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2008, at San Diego, California.

| | |
|---|---|
| B. Magallanes | [signature] |
| Declarant | Signature |

70131000.wpd