EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
MICHELLE DES JARDINS
Supervising Deputy Attorney General
SUSAN E. COLEMAN, State Bar No. 171832
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-3083
Facsimile: (619) 645-2581
Email: Susan.Coleman@doj.ca.gov

Attorneys for Defendants R. Hernandez,
R. Lawson, and B. Morris

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN SPENCER,**<br><br>Plaintiff,<br><br>v.<br><br>**HERNANDEZ, et al.,**<br><br>Defendants. | 08 CV-00416 JM (JMA)<br><br>**DECLARATION OF E. FRANKLIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO EXHAUST**<br><br>Hearing: September 5, 2008<br>Time: 9:00 a.m.<br>Courtroom: D<br>Judge: The Honorable Jan M. Adler<br>**No Oral Argument or Appearance Required** |

I, E. FRANKLIN, declare as follows:

1. I make the following declaration of facts based on my own knowledge and, if called, can testify competently thereto.

2. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Appeals Coordinator at the Richard J. Donovan Correctional Facility (RJDCF) in San Diego, California, which receives inmate appeals submitted for formal level review at the

institutional level. I am familiar with CDCR's inmate appeal process and the processing of inmate appeals at RJDCF. I have held this position since October 1, 2007.

3. The California Code of Regulations, Title 15, § 3084.1(a), Right to Appeal, states, "Any inmate or parolee under the department's jurisdiction may appeal any departmental decision, action, condition, or policy, which they can demonstrate as having an adverse effect upon their welfare."

4. There are four levels of appeal review: one informal and three formal levels. See Cal. Code Regs. tit.15, §3084.5. The informal level of review requires the inmate to informally resolve the action or decision with the involved staff member. If the inmate is not satisfied with the informal-level response, he may submit the appeal for a first-formal level review. The first-formal level review is conducted by the Division Head or by his or her designee. If the inmate is not satisfied with the first-formal level response, he may submit the appeal for a second-level review. The second-level review is conducted by the Institution Head or his or her designee. If the inmate is not satisfied with the second-level response, he may submit it for third-level review, which constitutes the CDCR Director's decision on an appeal.

5. When an appeal is properly and timely submitted at the first-formal level, it is immediately assigned a log number—regardless of its disposition—for tracking purposes and to prevent inmates from asserting staff lost the appeal. If an appeal is not properly or timely submitted, it will not be filed, but is instead "screened-out" and returned to the inmate with written instructions on how to cure the defects, if possible. If an inmate timely resubmits his appeal for a second-level review, the appeal is logged into the Inmate Appeal Tracking System. The Inmate Appeal Tracking System denotes the date that a request for a second-level review is received by the Appeals Office, the date the second-level response is due, the date the second-level response was completed (meaning the date it was returned to the inmate), and the appeals disposition.

6. The California Attorney General's Office requested this Office search our records to ascertain if Plaintiff Nathan Spencer, CDCR No. D-29593, filed any inmate appeals from March 2006 through the present at RJDCF, particularly concerning an alleged use of excessive

force by Defendants Lawson and Roberts on March 5, 2006, at RJDCF. We were informed that Plaintiff also alleges Warden Hernandez and Captain Morris failed to supervise Officer Roberts and Sergeant Lawson, resulting in their use of excessive force.

7. A thorough search of our records, which are kept in the ordinary course of business at or near the time this Office receives an inmate appeal, revealed that Plaintiff has not submitted any appeals which were processed for review at RJDCF since September 4, 1990.

8. Attached as Exhibit A is a true and correct copy of the Inmate Appeals Tracking System printout for Plaintiff's appeals at RJDCF.

9. Plaintiff has been incarcerated at RJDCF on various dates, including July 7, 2005 to October 27, 2005, when he was paroled. Plaintiff returned from parole and was at RJDCF again from November 5, 2005, to July 6, 2006, when he was transferred to California State Prison - Los Angeles County in Lancaster, and then paroled on August 28, 2006. On September 20, 2006, Plaintiff returned to custody at RJDCF and was housed there until July 17, 2007, when Plaintiff was paroled. Plaintiff returned to custody at RJDCF on November 20, 2007, where he is still incarcerated presently. Attached as Exhibit B is a true and correct copy of the Inmate/Movement history for Plaintiff Nathan Spencer (D-29593) showing his movement history within the CDCR.

10. Since March 5, 2006, Plaintiff Nathan Spencer, CDCR No. D-29593, has submitted the following appeals to the Appeals Office at RJDCF which were rejected or screened out for deficiencies:

(a) On March 3, 2006, Plaintiff submitted an appeal to this office about funds, claiming he had not received "gate money" when paroled in June 2005. On the same day, the appeal was sent back to Plaintiff with a screenout letter noting the appeal was untimely.

(b) On March 10, 2006, Plaintiff submitted an appeal to this office about funds, claiming he had not received "gate money" when paroled in October 2005. On the same day, the appeal was sent back to Plaintiff with a screenout letter noting the appeal was untimely.

(c) On January 28, 2008, Plaintiff submitted an appeal to this office about medical issues. On February 4, 2008, the appeal was rejected and returned to Plaintiff with a screenout

letter noting there had been no attempt to resolve the level at the informal level as required. Plaintiff re-submitted the appeal on February 28, 2008, and it was screened out the same day due to excess verbiage. On April 3, 2008, Plaintiff again resubmitted the appeal, and it was screened out the next day as Plaintiff had improperly tried to bypass levels without authorization.

(d) On February 21, 2008, Plaintiff submitted an appeal to this office about prison living conditions in 2006. The appeal was reviewed by the Chief Deputy Warden, who determined the issue was not a staff complaint or other category that warranted review despite the untimeliness of the appeal, and therefore the appeal was rejected. The appeal was sent back to Plaintiff on February 26, 2008, with a screenout letter noting the appeal was untimely because it was not submitted within 15 days of the incident or adverse condition complained about. (*See* Cal. Code of Regs. tit. 15, § 3084.6(c).)

(e) On February 29, 2008, Plaintiff sent back the same appeal with the original screenout letter missing. On the same day, the appeal was rejected and sent back to Plaintiff with a screenout letter noting that documents were missing from the appeal package.

(f) On March 17, 2008, Plaintiff submitted the same appeal, this time with the original screenout letter of February 26, 2008. On the same day, the appeal was rejected and sent back to Plaintiff with a screenout letter noting the appeal was untimely, as previously determined.

(g) On April 3, 2008, Plaintiff again submitted the same appeal, this time attempting to submit the appeal to the second level for review, bypassing the first level on his own initiative. On April 4, 2008, Plaintiff's appeal was rejected and sent back to him with a screenout letter noting the first level could not be bypassed without authorization.

(h) On April 21, 2008, Plaintiff again submitted the same appeal. On the same day, On the same day, the appeal was rejected and sent back to Plaintiff with a screenout letter noting the appeal was untimely, as previously determined.

(i) On May 6, 2008, Plaintiff again submitted the same appeal. On the same day, the appeal was rejected and sent back to Plaintiff with a screenout letter noting the appeal was untimely, as previously determined. Plaintiff was informed the appeal would be retained by the Appeals Office if it was resubmitted again.

untimely, as previously determined. Plaintiff was informed the appeal would be retained by the Appeals Office if it was resubmitted again.

(j) On June 10, 2008, Plaintiff submitted an appeal to this office about property issues. On June 18, 2008, the appeal was rejected and returned to Plaintiff with a screenout letter noting the appeal had improperly combined the issues of property and a staff complaint, as Plaintiff alleged an officer took his property during a cell search.

11. Attached as Exhibit C is a true and correct copy of the Inmate Appeals Tracking System printout for Plaintiff's appeals at RJDCF, with screenout details about the appeal that Plaintiff repeatedly submitted regarding living conditions (*see* ¶¶ 10(d)-10(i)).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July 2008, in San Diego, California.

[signature]

E. FRANKLIN

70129703.wpd
SD2008700550

**Spencer, Nathan v. Hernandez, et al.**
**USDC- Southern District Case No. 08 CV-00416 JM (JMA)**

# EXHIBIT A

**Inmate Appeals Tracking System-Level III**

Inmate Appeals Branch

06/20/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

**Inmate / Parolee Appeals Tracking System - Level III**

**Appellant Appeal History**

**CDCR Number: D29593**

**Sorted By: CDCR Number**

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| D29593 | SPENCER, NATHAN | RJD | 11/20/2007 | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0204326 | CASE INFO/RECORDS | Prior to subcategory | 10/11/2002 | CCI-02-01990 | 01/13/2003 | 12/27/2002 | DENIED |
| 0311466 | MAIL | Prior to subcategory | 04/26/2004 | CEN-03-01654 | 07/21/2004 | 07/14/2004 | DENIED |
| 0405718 | STAFF COMPLAINTS | Prior to subcategory | 12/01/2004 | CEN-04-01318 | 02/23/2005 | 02/22/2005 | DENIED |
| 0406912 | STAFF COMPLAINTS | Prior to subcategory | 01/05/2005 | CEN-04-01552 | 04/04/2005 | 04/04/2005 | DENIED |
| 9303244 | DISCIPLINARY | Prior to subcategory | 10/25/1993 | -93-02567<br>CAL-93-00782 | 11/26/1993 | 03/03/1994 | DENIED |
| 9303245 | DISCIPLINARY | Prior to subcategory | 10/25/1993 | -93-02987<br>CAL-93-00796 | 11/26/1993 | 12/17/1993 | DENIED |
| 9405447 | CUSTODY/CLASS | Prior to subcategory | 02/01/1995 | -94-03630 | 03/03/1995 | 04/07/1995 | DENIED |
| 9502664 | STAFF COMPLAINTS | Prior to subcategory | 10/12/1995 | -94-06211 | 11/10/1995 | 12/15/1995 | DENIED |
| 9704783 | WORK INCENTIVE | Prior to subcategory | 12/29/1997 | MCSP-97-01377 | 03/24/1998 | 02/27/1998 | DENIED |
| 9905354 | CASE INFO/RECORDS | Prior to subcategory | 01/13/2000 | MCSP-99-02700 | 04/06/2000 | 07/17/2000 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0311466 | MAIL | Prior to subcategory | 07/15/2004 | CEN-03-01654 | 07/15/2004 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 5025623 | OTHER | Prior to subcategory | 08/03/2006 | | 08/03/2006 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5028557 | OTHER | Prior to subcategory | 10/04/2006 | | 10/04/2006 | | MUST BE COMPLETED THROUGH 2ND LEVEL |
| 5028821 | OTHER | Prior to subcategory | 10/17/2006 | | 10/17/2006 | | MUST BE COMPLETED |

Inmate Appeals Branch

06/20/2008

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

**Inmate / Parolee Appeals Tracking System - Level III**

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| D29593 | SPENCER, NATHAN | RJD | 11/20/2007 | | |

THROUGH 2ND LEVEL

**Spencer, Nathan v. Hernandez, et al.**
**USDC- Southern District Case No. 08 CV-00416 JM (JMA)**

# EXHIBIT B

## MOVEMENT HISTORY

```
CMHQ D29593                  SPENCER,NATHAN                          PAGE 01
   *** MOVEMENT HISTORY - MOST RECENT MOVEMENT FIRST ***   RPT DATE: 02/14/2008

02/14/2008  TEMP RELEASE   TO MED  FROM RJDRC  CUSTODY: CDC/SD    RET SAME DAY
                          ALVARADO HOSPITAL/SAN DIEGO

11/20/2007  RETURNED       TO RJDRC
                           RET FROM PAROLE   RET STATUS PWNT
                           CASE#SCD202937

07/17/2007  PAR TRANSFER   TO REG4  SD2      CO: SD

11/14/2006  STATUS CHANGED TO RETPAR   FROM PRTC      REL TO REG4  SD4
                                            CO: SD

10/11/2006  STATUS CHANGED TO PRTC     FROM PENDREV

09/20/2006  RETURNED       TO RJDRC
                           RET FROM PAROLE   RET STATUS PENDREV

08/28/2006  STATUS CHANGED TO RETPAR   FROM PRTC      REL TO REG4  SD4
                                            CO: SD

 P/N PRESS ENTER FOR NEXT PAGE
```

CMHQ D29593 SPENCER,NATHAN PAGE 02

07/06/2006 TRANSFERRED TO LAC ADSEG FROM RJDRC

03/06/2006 TEMP RELEASE TO MED FROM RJDRC CUSTODY: CDC/SD RET SAME DAY
ALVARADO HOSPITAL/SAN DIEGO

02/26/2006 STATUS CHANGED TO PRTC FROM PENDREV

11/05/2005 RETURNED TO RJDRC
RET FROM PAROLE RET STATUS PENDREV

10/27/2005 STATUS CHANGED TO RETPAR FROM PRTC REL TO REG4 SD4
CO: SD

09/12/2005 STATUS CHANGED TO PRTC FROM PENDREV

07/07/2005 RETURNED TO RJDRC
RET FROM PAROLE RET STATUS PENDREV

06/19/2005 STATUS CHANGED TO RETPAR FROM PRTC REL TO REG4 SD4
CO: SD
RELEASED PER 3060.7PC

P/N PRESS ENTER FOR NEXT PAGE

CMHQ D29593 SPENCER,NATHAN PAGE 03

| | | | |
|---|---|---|---|
| 03/14/2005 | STATUS CHANGED TO PRTC | | FROM PENDREV |
| 02/23/2005 | RETURNED | TO RJDRC<br>RET FROM PAROLE | <br>RET STATUS PENDREV |
| 01/20/2005 | PAROLED | TO REG4 SD4<br>TENT DCH DATE: 01/20/2008 CO: SD | FROM LAC |
| 12/08/2004 | TRANSFERRED | TO LAC | FROM CEN |
| 10/18/2004 | CHANGED UNIT | NEW UNIT: ADSEG | OLD UNIT: IV |
| 10/18/2004 | CHANGED UNIT | NEW UNIT: IV | OLD UNIT: ADSEG |
| 09/28/2004 | CHANGED UNIT | NEW UNIT: ADSEG | OLD UNIT: IV |
| 09/17/2002 | CHANGED UNIT | NEW UNIT: IV | OLD UNIT: ADSEG |
| 09/16/2002 | CHANGED UNIT | NEW UNIT: ADSEG | OLD UNIT: IV |
| 08/22/2002 | STATUS CHANGED TO TEMPREM | | FROM TEMP |

P/N PRESS ENTER FOR NEXT PAGE

**<u>Spencer, Nathan v. Hernandez, et al.</u>**
**USDC- Southern District Case No. 08 CV-00416 JM (JMA)**

# EXHIBIT C

**Inmate Appeals Tracking System-Level I and II**

Richard J. Donovan Correctional Facility 07/08/2008

CALIFORNIA DEPARTMENT OF CORRECTIONS

Inmate / Parolee Appeals Tracking System - Level I & II

C-009

## Statistic Sheet

**Log Number:** RJD-4- **Area Of Origin:** RJD/SAN DIEGO **Last Name:** SPENCER **First Name:** NATHAN **CDC Number:** D29593

**Housing At Time Of Appeal:**F42000000000238L **Group Appeal:**

**Current Housing:** F42000000000209L **Issue:** LIVING CONDITIONS **Issue Subcategory:**

## Inmate Information

**Appeal Abuse:** **Appeal Abuse Until:** **Appeal Flag:** **Appeal Flag Until:**

**Special Needs:**

**Other Log Numbers:**

## Appeal History

| Log Number | Issue | L1 Received | L1 Due | L1 Completed | L1 Disposition | L2 Received | L2 Due | L2 Completed | L2 Disposition |
|---|---|---|---|---|---|---|---|---|---|
| RJD-4- | PROPERTY | | | | | | | | |
| RJD-4- | MEDICAL | | | | | | | | |
| RJD-4- | FUNDS | | | | | | | | |
| RJD-4- | FUNDS | | | | | | | | |
| RJDCF-2-90-00561 | DISCIPLINARY | | | | | 04/18/1990 | 09/04/1990 | 09/04/1990 | DENIED |
| RJDCF-3-90-00519 | PROPERTY | 04/10/1990 | 05/01/1990 | 04/13/1990 | GRANTED | | | | |
| RJDCF-2-90-00302 | CUSTODY/CLASS. | 03/07/1990 | 10/03/1990 | 09/12/1990 | CANCELLED | | | | |
| RJDCF-2-90-00238 | DISCIPLINARY | | | | | | | | |
| RJDCF-2-90-00237 | CUSTODY/CLASS. | | | | | | | | |
| RJDCF-2-90-00164 | LIVING CONDITIONS | 02/13/1990 | 03/07/1990 | 02/20/1990 | GRANTED | | | | |
| RJDCF-4-89-02362 | LIVING CONDITIONS | | | | | | | | |
| RJDCF-4-89-01748 | CASE INFO./RECORDS | 08/10/1989 | 08/31/1989 | 08/22/1989 | DENIED | | | | |
| RJDCF-4-89-01338 | CASE INFO./RECORDS | 06/28/1989 | 07/20/1989 | 07/07/1989 | DENIED | | | | |
| RJDCF-4-89-01064 | CUSTODY/CLASS. | | | | | | | | |
| RJDCF-4-89-00564 | FUNDS | 03/27/1989 | 04/27/1989 | 04/24/1989 | GRANTED | | | | |
| RJDCF-3-89-00358 | STAFF COMPLAINTS | | | | | | | | |

## Screen Outs

| Level | Received | Screened Out | Reason | Note |
|---|---|---|---|---|
| Level I | 02/21/2008 | 02/26/2008 | TIME CONSTRAINTS NOT MET | ALSO, THE HIRING AUTHORITY HAS REVIEWED YOUR |

Richard J. Donovan Correctional Facility 07/08/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS

## Inmate / Parolee Appeals Tracking System - Level I & II

### Statistic Sheet

| | | | | |
|---|---|---|---|---|
| Level I | 02/29/2008 | 02/29/2008 | INCOMPLETE APPEAL- DOCUMENTS NOT ATTACHED | THIS APPEAL WAS SCREENED OUT ON 2/21/8. THE SCREEN |
| Level I | 03/17/2008 | 03/17/2008 | TIME CONSTRAINTS NOT MET | AS INDICATED ON THE 1st SCREEN OUT, THE HIRING |
| Level I | 04/03/2008 | 04/04/2008 | NOT AUTHORIZED TO BYPASS ANY LEVEL | |
| Level I | 04/21/2008 | 04/21/2008 | TIME CONSTRAINTS NOT MET | |
| Level I | 05/06/2008 | 05/06/2008 | TIME CONSTRAINTS NOT MET | SCREEN OUT #3 FOR TIME CONSTRAINTS. IF THIS APPEAL IS |

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Spencer, Nathan v. Hernandez, et al.**

Case No.: **08 CV-00416 JM (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 21, 2008, I served the attached **DECLARATION OF E. FRANKLIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO EXHAUST** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Nathan Spencer**
**CDCR No. D-29593**
**Richard J. Donovan Correctional Facility**
**P.O. Box 799006**
**San Diego, CA 92179-9006**

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2008, at San Diego, California.

B. Magallanes — [signature]

Declarant — Signature

70130999.wpd