NATHAN SPENCER (D-29593) 20-209
P.O. BOX 799001 (RJD)
SAN DIEGO CALIFORNIA, 92179
IN PRO PER

FILED
2008 JUL 24 PM 3:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

NUNC PRO TUNC
JUL 16 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT (SAN DIEGO)

PETITIONER,

NATHAN SPENCER

ON MOTION

CASE NO. 08CV0416 JM-JMA

MOTION FOR DEFAULT OF JUDGMENT PER FRCP RULE 55; CCP 1014; CCP 415.30; FRCP RULE 15(a) AND MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION

I

COMES NOW PETITIONER IN THE ABOVE TITLED PETITION FOR A DEFAULT OF JUDGMENT AGAIN IN THIS HONORABLE COURT AND FOR THIS HONORABLE COURT TO ENTER JUDGEMENT ON DEPENDANTS IN THE SUM ASKED FOR IN THE PLEADINGS. PETITIONER FILED THIS MOTION TIMELY ON JUNE 29 2008 AND ASK THAT IT IS FILED NUNC PRO TUNC TO THAT DATE FIRST RECIEVED BY THIS HONORABLE COURT. PETITIONER IS A PRO SE LITIGANT WHO HAS NOT HAD LAW LIBRARY ACCESS SINCE JUNE 6, 2008. PETITIONER HAS NO WAY OF ACCESSING PROPER MEMORANDUM OF POINTS AND AUTHORITIES BUT WILL DO THE BEST HE CAN UNDER THE CIRCUMSTANCES. PETIT-

IONER DID IN FACT ALSO FILE A TEMPORARY RESTRAINING ORDER AGAINST STAFF HERE DOCUMENT NUMBER (12) STATING THAT PETITIONER WAS BEING HARASSED AND SINGLED OUT BY STAFF FOR SUING OTHER CO-WORKERS ATTACHED TO THIS COMPLAINT AND THAT CORRECTIONAL OFFICER R. TAYLOR CAME INTO CELL ON JUNE 5, 2008 AND TOOK SOME LEGAL DOCUMENTS AND PLEADING SUPPLYS PENS AND PLEADING PAPER ALONG WITH CASE LAW THAT PETITIONER WAS RESEARCHING. PETITIONER DOES NOW ASSERT THAT ANITA PETERSON THE HEAD LIBRARIAN DID KNOW THAT PETITIONER HAS A LEGAL DEADLINE IN ANOTHER PENDING CASE IN THE APPELLATE COURT (4TH SAN DIEGO) AND STILL REFUSED TO ALLOW PETITIONER ENTRY INTO LAW LIBRARY (CENTRAL) WHERE OTHER INMATES ARE ALLOWED TO GO WHO HAVE LEGAL DEAD LINES FROM OTHER FACILITY YARDS. PETITIONER IS BEING PREJUDICED BY THIS PRISON IN REGARD TO LIBRARY ACCESS. WHICH IN FACT DOES HINDER PETITIONER FROM ATTACHING PROPER MEMORANDUM OF POINTS AND AUTHORITIES TO THIS PETITION. PETITIONER FURTHER ASSERTS THAT DEPUTY ATTORNEY GENERAL DID MAKE AN APPEARANCE A DAY AFTER MY ORIGINAL DEFAULT OF JUDGMENT WAS SENT TO YOUR COURT. PETITIONER MAILED PETITION OUT ON JUNE 29, 2008 AND THE DEPUTY ATTORNEY GENERAL MADE AN APPEARANCE FOR THE DEFENDANTS ON JUNE 30, 2008 PER LEGAL MAIL. PER CCP 1014 WHERE A DEFENDANT HAS NOT APPEARED, SERVICE OF NOTICE OR PAPERS NEED NOT BE MADE UPON DEFENDANT. (S-B 210) § 15, eff. Sept 7. 1999)

HAD DEPUTY ATTORNEY GENERAL SUSAN E. COLEMAN MADE AN APPEARANCE PRIOR TO ME MAILING THE FIRST DEFAULT OF JUDGMENT TO YOUR COURT ON JUNE 29, 2008. THE APPEARANCE LETTER DATED JUNE 25, 2008 BY SUSAN E. COLEMAN DOES IN FACT STATE THAT SHE REPRESENTS R.J. HERNANDEZ R. LAWSON AND B.R. MORRIS IN THIS ACTION AND ANY MOTIONS AND PLEADINGS SERVED UPON THESE DEFENDANTS ARE TO BE MAILED TO HER OFFICE AT 110 WEST "A" STREET, SUITE 1100 SAN DIEGO CALIFORNIA, 92101. PETITIONER DOES NOW KNOW WHO REPRESENTS DEFENDANTS AND WILL THUS SERVE HER AS WELL AS THIS HONOR COURT WITH THESE MOTIONS. RESPECTIVELY, PETITIONER DOES ASSERT AND DECLARE THAT THESE DEFENDANTS IN THIS CASE WHO ARE EMPLOYEES AT RICHARD J DONOVAN PRISON DID IN FACT RECIEVE SUMMONS A DAY OR SO AFTER THE U.S. DEPARTMENT OF JUSTICE UNITED STATES MARSHALS SERVICE DID IN FACT MAIL OUT FROM ITS SAN DIEGO OFFICE AT 940 FRONT STREET ROOM B-150 SAN DIEGO CA, 92101-8930 ON MAY 29, 2008 (SUMMONS & COMPLAINT) PETITIONER DID RECIEVE BACK THE ACKNOWLEDGMENT OF RECEIPT OF PROCESS RECEIPT AND RETURN FROM THE US. MARSHALS SERVICE ON MAY 30, 2008. PER FRCP RULE 4(d)(3) A DEFENDANT THAT "BEFORE" BEING SERVED WITH 'PROCESS', (SUMMONS) TIMELY RETURNS A WAIVER SO REQUESTED IS NOT REQUIRED TO SERVE AN ANSWER TO COMPLAINT UNTIL 60 DAYS AFTER THE DATE ON WHICH THE REQUEST FOR WAIVER OF SERVICE WAS SENT. PER FRCP 4(d)(2)(A) PETITIONER ASSERTS THAT HE NEVER ASK THE DEFENDANTS TO WAIVE SUMMONS AND AS A MATTER OF LAW THEY SHOULD HAVE ANSWERED THE SUMMONS WITHIN THE COURT ORDERED (20) DAYS

THE REQUEST FOR WAIVER OF SERVICE MAY BE SENT ONLY TO DEFENDANTS SUBJECT TO SERVICE UNDER FRCP RULE 4 (e),(f),(h). PETITIONER ASSERTS HE DID NOT CHOOSE TO ISSUE A WAIVER AND REQUEST FOR WAIVER UNDER THESE SUBDIVISIONS (e),(f),(h). RESPECTIVELY. PETITIONER ASSERTS THAT PETITIONER DID RECEIVE A WAIVER OF SUMMONS DATED JUNE 27, 2008 PER U.S. MARSHALS SERVICE PROCESS AND RETURN RECEIPT AND NOTICE OF SERVICE AND PETITIONER ASSERTS THAT IT WAS NOT TIMELY ACCORDING TO LAW AND SUMMONS RULES STATE AND FEDERAL. CODE OF CIVIL PROCEDURE RULE 415.30 (a)(b). PER FRCP RULE 4(J) PROVIDES THAT SERVING A SUMMONS AND COMPLAINT IN THE MANNER PRESCRIBED BY THE LAW OF THAT STATE IN WHICH THIS STATE (CALIFORNIA) JURISDICTIONAL RULES UNDER CALIFORNIA CODE OF CIVIL PROCEDURE RULE 415.30 PROVIDES THAT THE DATE OF SERVICE IS ON THE DATE OF THE MAILING. EITHER WAY STATE OR FEDERAL RULES THESE DEFENDANTS FAILED TO COMPLY WITH THIS COURTS ORDER TO ANSWER THE COMPLAINT WHICH WAS THEREBY SERVED ON DEFENDANTS BY MAIL FROM THE U.S. MARSHALS SERVICE MAILED ON MAY 29, 2008 TO THEIR WORK ADDRESS AT RICHARD J DONOVAN STATE PRISON 480 ALTA ROAD SAN DIEGO CALIFORNIA 92179. YOUR ORDER FURTHER STATED THAT FAILURE TO DO SO JUDGMENT BY DEFAULT "WILL" BE TAKEN AGAINST YOU FOR RELIEF DEMANDED IN THE COMPLAINT. CLERK OF THE COURT W. SAMUEL HAMRICK JR. APRIL 9, 2008. PETITIONER THERE BY ASK AND REQUEST AS A MATTER OF LAW FOR THE CLERK OF THE COURT TO ENTER A DEFAULT OF JUDGMENT IN THE AMMOUNT OF ONE MILLION THREE HUNDRED AND

FIFTY THOUSAND DOLLARS PER RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE RULE 55 (a)(b)(1)(2) I NATHAN SPENCER AM THE PETITIONER IN THIS MOTION AND I DO DECLARE THAT I PERSONALLY MAILED COMPLAINT AND SUMMONS; PROCESS RECEIPT AND RETURN TO THE MARSHALS OFFICE ON MAY 20, 2008 TO SERVE UPON DEFENDANTS IN THIS CASE ONE DEFENDANT NO LONGER WORKS FOR THE DEPARTMENT OF CORRECTIONS AFTER BEING FIRED FOR VIOLATING THE CODE OF CONDUCT AS A PEACE OFFICER AND CALIFORNIA DEPARTMENT OF CORRECTIONS CORRECTIONAL OFFICER IN WHICH HE WAS SWORN TO UPHOLD AND EXCESSIVE FORCE AS PETITIONER HAS BEEN TOLD BY OTHER STAFF HERE AT DONOVAN PRISON (CORRECTIONAL OFFICER ROBERTS) PETITIONER ASSERTS THAT THE WARDEN HERNANDEZ DOES KNOW AND DID KNOW AT THE TIME OF PROCESS C/O ROBERTS LAST ADDRESS AND FAILED TO SEND OR GIVE HIM THE SUMMONS HELPING HIM TO EVADE SUMMONS. HOWEVER SUMMONS WAS SENT TO ALL DEFENDANTS BY U.S. MARSHALS SERVICE ON MAY 29, 2008. RESPECTIVELY AND NO APPEARANCE BY DEFENDANTS OR DEFENDANTS COUNSEL WAS MADE WITHIN THE 20TH DAY OF PROCESS THERE FORE DEFAULT JUDGMENT SHALL BE ENTERED IN THE AMMOUNT OF $1,350,000.00 ONE MILLION THREE HUNDRED AND FIFTY THOUSAND DOLLARS. I DECLARE THIS UNDER THE PENALTY OF PERJURY AS I BELIEVE TO BE TRUE. THIS IS THE AFFIDAVIT PER FRCP RULE 55 (a)(b)(1). RESPECTFULLY SUBMITTED,

JULY 13, 2008 [signature]
PETITIONER, NATHAN SPENCER

PETITIONER FURTHER ASSERTS THAT PER FRCP RULE 55 (1) THE CLERK OF THIS COURT SHALL ENTER A JUDGMENT IN THE AMMOUNT OF $1,350,000.00 BECAUSE THE DEFENDANTS ARE NOT AN INFANT OR INCOMPETENT PEOPLE. THEY ALL WERE OLD ENOUGH TO BE EMPLOYED FOR THE DEPARTMENT OF CORRECTIONS AND THEY WERE COMPETENT WHEN THEY ALL SWORE TO UPHOLD THE HONOR OF THE PEACE OFFICER BADGE IN WHICH THEY FAILED. THEY ALL FAILED TO APPEAR BEFORE THIS COURT AS ORDERED BY THIS COURT AND THE AMMOUNT DUE SHALL BE ENTERED IN THE ASKED FOR AMMOUNT BY THE IMPARTIAL CLERK AND THE IMPARTIAL COURT THUS REQUESTED AS ACCORDING TO THE HONOR OF THE LAW FOR WHICH IT STANDS. PER FRCP RULE 12 (a) (1) (A) PETITIONER ASSERTS THAT A DIFFERANT TIME HAS NOT BEEN PRESCRIBED IN A STATUTE OF THE UNITED STATES IN WHICH DEFENDANTS COULD REFUSE TO COMPLY WITH THE ORDER TO APPEAR WITHIN THE ALLOTTED TIME WITHIN THE MEANING OF FRCP RULE 4 (d) AND THAT DEFENDANTS AND DEFENDANTS LAWYER SUSAN E. COLEMAN DEPUTY ATTORNEY GENERAL DID IN FACT FAIL TO MAKE AN APPEARANCE TO THIS COURT AND PLAINTIFF. (PETITIONER) IN THIS CASE. PER FRCP RULE 15(a) PETITIONER WOULD LIKE TO STRIKE CAPTAIN LU FROM THE PETITION. PETITIONER WAS UNSURE WHAT THE CAPTAINS NAME WAS AT THE TIME OF THE ASSAULT AND EXCESSIVE FORCE ON MAY 5, 2006 AND KNOW NOW FOR SURE THAT A CAPTAIN LU IS THE WRONG PERSON PETITIONER COMPLAINED TO THAT IT WAS IN FACT CAPTAIN MORRIS. PETITIONER DOES WISH TO STRIKE CAPT LU AN UNSERVED DEFENDANT FROM COMPLAINT. CAPT LU

IS OF NO CONSEQUENCE TO THIS COMPLAINT AND AS A SUPERVISOR CAPACITY WAS NOT PRESENT OR ON DUTY AT THE TIME OF INCIDENT. PETITIONER JUST WISHES TO STAY CLEAR WITH THE COURT AS A MATTER OF LAW. PETITIONER ALSO ASSERTS THAT THE SERVED DEFENDANTS DID IN FACT DEFAULT IN THIS ACTION AND THAT DEFAULT JUDGMENT SHALL BE ENTERED AS A MATTER OF LAW.

RESPECTFULLY SUBMITTED,

JULY 13, 2008 Nathan Spencer

PETITIONER, NATHAN SPENCER

///

///

///

///

///

///

///

///

///

# MEMORANDUM OF POINTS AND AUTHORITIES

PETITIONER IN THIS CASE IS AN INMATE WITHIN THE DEPARTMENT OF CORRECTIONS AND PLAINTIFF IN THE ABOVE TITLED CASE AND IS NOT A PROFESSIONAL IVY LEAGUE ATTORNEY AND THUS LACKS THE SOPHISTICATION OF ONE AND THAT ALL PLEADINGS, MOTIONS AND WRITS ARE EXECUTED PROSE AND SHOULD BE CONSTRUED LIBERALLY. WYATT V. TERHUNE 315 F.3d 1108 (9th CIR. 2003) SUMMONS MUST ALWAYS BE SERVED WITH COMPLAINT BY DESIGNATED MARSHALS SERVICE OR OFFICER OR PERSON WHO IS AN AMERICAN CITIZEN ABOVE THE AGE OF EIGHTEEN AND DEFENDANTS ARE CONSIDERED SERVED BY RETURN OF ACKNOWLEDGMENT OF RECEIPT FORM TO PLAINTIFF. FRCP RULE 4. THE DISTRICT COURT SHOULD ALSO TAKE CARE TO PROTECT PRO SE PLAINTIFFS FROM CONSENQUENCES OF CONFUSION OR DELAY ATTENDING THE RESOLUTION OF AN IN FORMA PAUPERIS PETITION. ROBINSON V. AMERICAS BEST CONTACTS & EYE GLASSES, 876 F.2d 596 (7th CIR 1989). PETITIONER HAS BEEN ON LOCKDOWN IN A PRISON FACILITY AND HAS NOT HAD LIBRARY ACCESS SINCE JUNE 6, 2008 AND HAS THUS BEEN STYMIED BY DENIAL OF ACCESS TO LAW LIBRARY IN SUCH AS UNABLE TO FILE PROPER ON POINT MEMORANDOM OF POINTS AND AUTHORITIES IN THIS PRESENT CASE AS TO ALSO PREJUDICE PETITIONER AS SUCH. BOUNDS V. SMITH 430 U.S. 817, 97 S.CT. 1491, 52 L.Ed.2d 72 (1977) LEWIS V. CASEY 116 S.CT. 2174 (1996)

DEFENDANTS DID NOT COMPLY WITH COURT ORDER TO ANSWER SUMMONS PER FRCP RULE 4 AND DEFAULT OF JUDGMENT SHALL BE ENTERED PER FRCP RULE 55.

RESPECTFULLY SUBMITTED,

JULY 13, 2008 [signature]

PETITIONER, NATHAN SPENCER

# DECLARATION

PETITIONER NATHAN SPENCER DOES ASSERT AND DECLARE THAT I AM THE PLAINTIFF AND PETITIONER IN THE ABOVE TITLED PETITION AND DO DECLARE THAT PETITIONER HAD NOT HAD LAW LIBRARY ACCESS FOR NO PENALOGICAL REASON OTHER THAN TWO DAYS JUNE 24-26 DUE TO A STAFF ASSAULT IN WHICH ONLY WOULD HAVE DENIED LAW LIBRARY ACCESS DUE TO INITIAL INVESTIGATION WHICH WAS LIFTED ON JUNE 26th, 2008. E. SIMON THE LIBRARIAN THAT NORMALLY ATTENDS FACILITY FOUR LIBRARY WAS IN FACT ON A VACATION BETWEEN JUNE 8, 2008 THRU JUNE 22, 2008. BUT ANITA PETERSON THE SENIOR LIBRARIAN COULD HAVE ALLOWED PROSE LITIGANTS TO ACCESS CENTRAL LAW LIBRARY WHICH IS FOR THE WHOLE PRISON ALL FOUR FACILITIES YARD ONE, TWO, THREE AND FOUR. PETITIONER ASSERTS THAT SR LIBRARIAN PETERSON ALSO ALLOWED ALL OTHER INMATES TO ATTEND CENTRAL LIBRARY DURING THIS COURSE OF TIME ALL EXCEPT INMATES WHO ARE PROSE LITIGANTS ON FACILITY FOUR PETITIONERS YARD WHO HAVE COURT DEADLINES AND SHOULD NOT HAVE HAD ACCESS DENIED. PETITIONER DOES HAVE AN APPEAL IN 4th APPEALLATE DISTRICT WHERE A DEADLINE THAT DOES ALLOW ACCESS TO LAW LIBRARY WHERE PETITIONER COULD HAVE ALSO RESEARCHED CASE LAW FOR THIS PETITION AS WELL. CASE NUMBER D051978 ON SUPPLEMENTAL BRIEF. PETITIONER ALSO ASSERTS AND DECLARES UNDER CALIFORNIAS PERJURY LAWS THAT SUSAN E. COLEMAN DEPUTY ATTORNEY GENERAL HAD NOT MADE AN APPEARANCE TO DEFEND DEFENDANTS PRIOR TO PETITIONER FILED THE FIRST DEFAULT OF JUDGEMENT FILED ON JUNE 29, 2008 FROM THIS LOCATION RJD DONOVAN. SUSAN MADE AN APPEARANCE ON JUNE 30, 2008.

I DECLARE UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE.

RESPECTFULLY SUBMITTED,

JULY 13, 2008 Nathan Spencer

PETITIONER, NATHAN SPENCER

# PROOF OF SERVICE BY MAIL

I VINCENT HARPER AM AN AMERICAN CITIZEN AND AM ABOVE THE AGE OF EIGHTEEN I AM NOT A PARTY TO THE ABOVE MENTIONED MOTION, PLEADING OR ACTION BUT AM ONLY A WITNESS TO ITS EXECUTION AND MAILING. I DECLARE UNDER THE PENALTY OF PERJURY THAT THE MOTION WAS EXECUTED BY NATHAN SPENCER AND MAILED FROM RICHARD J DONOVAN CORRECTIONAL FACILITY ON JULY 13, 2008 IN THE CITY AND COUNTY OF SAN DIEGO STATE CALIFORNIA. THE FOLLOWING PERSONS BELOW I SERVED BY MAIL ON THIS DATE FROM THE POSTAL ZIP CODE IN SAN DIEGO CA, 92179.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT (SAN DIEGO)
OFFICE OF THE CLERK
880 FRONT STREET SUITE 4290
SAN DIEGO CALIFORNIA, 92101-8900

MATERIAL SENT: YES ✓

STATE OF CALIFORNIA DEPARTMENT OF JUSTICE
DEPUTY ATTORNEY GENERAL SUSAN E. COLEMAN
110 WEST "A" STREET SUITE 1100 P.O. BOX 85266
SAN DIEGO CALIFORNIA, 92186-5266

MATERIAL SENT: YES ✓

I DECLARE UNDER THE PENALTY OF PERJURY THAT I DID MAIL A MOTION FOR DEFAULT OF JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARE AND THE PROOF OF SERVICE BY MAIL ON THIS DATE JULY 13, 2008 FROM RICHARD J DONOVAN STATE PRISON IN THE CITY AND COUNTY OF SAN DIEGO CALIFORNIA. RESPECTIVELY.

RESPECTFULLY SUBMITTED,

JULY 13, 2008 Vincent Harper
WITNESS, VINCENT HARPER