NATHAN SPENCER (D-29593) 20-209
P.O. BOX 799004 RJD
SAN DIEGO CALIFORNIA 92179
IN PRO SE

FILED
2008 AUG 15 AM 8:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RM DEPUTY

NUNC PRO TUNC
AUG 11 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT (SAN DIEGO)

| | |
|---|---|
| PETITIONER, NATHAN SPENCER ON MOTION | CASE NO. 08-0416 JM-JMA MOTION NUMBER TWO (2) TO AMEND COMPLAINT (STRIKE 1) ONE DEFENDANT PER FRCP RULE 15(a)(c) AND RESUBMIT SUMMONS PUBLICATION PER CCP 415.50 AND DECLAR A T I O N |

I

COMES NOW PETITIONER TO THIS HONORABLE COURT FOR THIS HONORABLE COURT TO TAKE NOTICE OF DILIGENT PLEADINGS BY PRO SE LITIGANT IN REGARDS TO UNANSWERED PLEADINGS BY DEFENDANT EX-CORRECTIONAL OFFICER ROBERTS. PETITIONER DID DURING THE MONTH OF MAY SEND PETITION FOR PUBLICATION OF SUMMONS FOR DEFENDANT ROBERTS AFTER IT WAS MADE KNOWN THAT ROBERTS NO LONGER WORKED AT RICHARD J. DONOVAN PRISON. PETITIONER DID GET THAT INFORMATION WAY AFTER SUMMONS WAS SERVED BY U.S. MARSHAL ON 5/29/08 MAY 29, 2008. PER RICHARD J DONOVANS LITIGATION COORDINATOR LITIGATION COORDINATOR SENT A UNEXECUTED SUMMONS TO THE U.S. MARSHAL ON 6/12/08 JUNE 12, 2008. PETITIONER ASSERTS THIS WAS UNTIMELY

AND THAT LITIGATION COORDINATOR KNEW AT THE TIME OF PETITIONERS ORIGINAL SERVICE OF PROCESS MAILED TO U.S. MARSHAL ON MAY 20, 2008 AND WHEN U.S. MARSHAL MAILED SUMMONS AND COMPLAINT MAY 29, 2008 THAT ROBERTS NO LONGER WORKED AT DONOVAN AND SHOULD HAVE IMMEDIATELY NOTIFIED THE COURT AND PETITIONER. HOWEVER PETITIONER ASK THIS COURT TO TAKE NOTICE OF CCP 415.50 AND ASK AGAIN THAT PUBLICATION SUMMONS TO A SAN DIEGO LOCAL NEWS PAPER TO GIVE ROBERTS NOTICE SINCE WARDEN AT PRISON (DONOVAN) REFUSES TO GIVE UP LAST KNOWN ADDRESS TO U.S. MARSHAL FOR SUMMONS PURPOSES THERE BY CONTRIBUTING TO ROBERTS EVADING SUMMONS. PETITIONER ASSERTS THAT THIS DOES NOT EXCUSE SERVED DEFENDANTS WARDEN HERNANDEZ CAPTAIN MORRIS, LT LAWSON FROM DEFAULT OF JUDGEMENT DUE TO THEIR FAILURE TO ANSWER SUMMONS PER FRCP RULE 55 THERE BY PETITIONER DOES WANT DEFAULT OF JUDGEMENT ENTERED BY CLERK OF THE COURT IN THE AMMOUNT OF ONE MILLION THREE HUNDRED AND FIFTY THOUSAND DOLLARS AS DEMANDED IN COMPLAINT AND AS ORDER BY THIS COURT AND CLERK W. SAMUEL HAMRICK JR. APRIL 9, 2008. PETITIONER ASSERTS THAT SUSAN E. COLEMAN DEPUTY ATTORNEY GENERAL DID NOT MAKE AN APPEARANCE BEFORE PETITIONER AND THE COURT AS TO HER ROLE AS A DEFENSE ATTORNEY UNTIL AFTER DEFAULT OF JUDGEMENT MOTION WAS SERVED TO THIS HONORABLE COURT ON JUNE 29, 2008. SUSAN E. COLEMAN MADE HER APPEARANCE A DAY LATER ON JUNE 30, 2008 TO PETITIONER. TO THIS DATE NOTHING FROM THE COURT SHOWS THAT SUSAN E. COLEMAN MADE OFFICIAL APPEARANCE BEFORE THE COURT. EITHER WAY HER APPEARANCE MADE LATE APPEARANCE

33 THIRTY THREE DAYS AFTER SUMMONS WAS SERVED UPON DEFENDANTS BY U.S. MARSHAL ON MAY 29, 2008. ROBERTS IS A DEFENDANT AND PETITIONER DOES ASK FOR THE PROGNOSIS OF THE PUBLICATION OF SUMMONS PER CCP §415.50. PETITIONER ALSO PETITIONED THE COURT ON JULY 13, 2008 TO STRIKE CAPT LU AN UNSERVED DEFENDANT AS PETITIONER LEARNED THAT HE WAS A MISTAKEN IDENTITY AND HAD NOTHING TO DO WITH THE ASSAULT THAT HAPPEN TO PETITIONER ON MARCH 5, 2006 THAT HE WAS NOT THE FACILITY FOUR CAPTAIN. PETITIONER RESUBMIT THESE PLEADINGS AN THAT ANY PRIOR PLEADINGS IN THIS ISSUE MAY HAVE NOT BEEN MAILED OUT OR LOST SOMEHOW BUT BOTH WERE TIMELY FILED PER FRCP RULE (4) FOUR RULE TWELVE (12) RULE 55 FIFTY FIVE AND CCP RULE §415.50. RESPECTIVELY.

///

///

///

///

///

///

RESPECTFULLY SUBMITTED,

AUGUST 7, 2008 [signature]

PETITIONER, NATHAN SPENCER

# MEMORANDUM OF POINTS & AUTHORITIES

A COURTS RULING ON MOTION FOR DISCRETIONARY RELIEF UNDER CODE OF CIVIL PROCEDURE RULE 473 IS REVIEWED ON APPEAL FOR AN ABUSE OF DISCRETION ZAMORA V. CLAYBORN CONTRACTING GROUP, INC., SUPRA 28 CAL. 4th @ P. 257, 121 CAL. RPTR. 2d 187 MILLER V. CITY OF HERMOSA BEACH SUPRA. 13 CAL APP. 4th @ p. 1136 PETITIONER DOES APPEAR IN PRO SE AND THE CASE IS CIVIL RIGHTS PETITIONER DOES ASK THIS COURT TO BE CARE TO CONSTRUE THE PLEADINGS LIBERALLY AND AFFORD PLAINTIFF ANY BENEFIT OF THE DOUBT. SEE KARIM - PANAHI V. LOS ANGELES POLICE DEPT., 839 F.2d 621, 623 (9th CIR. 1988) BRETZ V. KELMAN, 773 F.2d 1026, 1027 n.1 (9th CIR. 1985) PETITIONER ASSERTS THAT PUBLICATION OF SUMMON IN COMMON OR FREQUENTLY READ LOCAL OR STATE NEWS PAPER IS APPROPIATE WHEN DEFENDANT IS NOT AT LAST KNOWN WORK ADDRESS AND THAT JOB SITE THE DEPARTMENT OF CORRECTIONS IS NOT ASSISTING IN THE LOCATION OF A EX-COWORKER WHO COMMITTED A SERIOUS ACT OF MISCONDUCT AND A CRIME TO AFFORD THAT DEFENDANT THE OPPORTUNITY TO DEFEND HIMSELF. CCP 415.50 PETITIONER IS ALLOWED TO STRIKE A NAME FROM PETITION OF DEFENDANT THAT DOES NOT EXIST OR WAS NOT SERVED SUMMONS WHEN THE COURSE OF ACTION HAS NOT BEEN HINDERED AND NO ONE HAS BEEN PREJUDICED. FRCP RULE 15(a)(c). ATTORNEY DID NOT MAKE APPEARANCE IN A TIMELY FASHION ON SERVED DEFENDANTS AND DEFAULT OF JUDGEMENT SHALL BE ENTERED PER FRCP 4 & 55 RULE FOUR AND RULE FIFTY FIVE. AS A MATTER OF LAW BECAUSE DEFENDANTS ARE NOT INFANTS OR INCOMPETENT. ALL OTHER MEMORANDUMS ARE U.S. CONST AMENDMENT (5) (6) (14) BOUNDS V. SMITH 97 S.CT 1491. RESPECTFULLY

RESPECTFULLY SUBMITTED,

AUGUST 7, 2008 [signature]

PETITIONER, NATHAN SPENCER

# DECLARATION

I NATHAN SPENCER AM THE PETITIONER IN THE ABOVE TITLED PETITION AND DO DECLARE THAT THE FOREGOING IS TRUE AND CORRECT I FURTHER DECLARE THAT PETITIONER DID FILE DEFAULT OF JUDGMENT ON JUNE 29, 2008 BEFORE SUSAN E COLEMAN MADE AN APPEARANCE IN WHICH PETITIONER BY LAW DID NOT HAVE TO SERVE HER SERVICE OF NOTICE OR PAPERS UPON DEFENDANTS PER CCP RULE 1014. PETITIONER ASSERTS AND DECLARE THAT AT THE TIME OF MAILING THE DEFAULT OF JUDGEMENT TO THIS HONORABLE COURT THAT NO ONE APPEARED FOR DEFENSE AND THAT ANY FILING OF MOTIONS, WRITS AND PLEADINGS SHOULD BE MADE VOID DUE TO DEFAULT AND ALL SCHEDULED HEARINGS AND APPEARANCES IN COURTROOM "D" SEPTEMBER 5, 2008 SHOULD BE DISMISSED DUE TO THE FILING OF DEFAULT MOTION. PETITIONER DID CHECK JURY TRIAL BOX ON APPLICATION OF 42 U.S.C. 1983 MARCH 1, 2008 AND REQUESTED DISTRICT JUDGE RULING ON DISPOSITIVE RULINGS IN THIS MATTER AND PETITIONER <u>DOES</u> WISH TO BE PHYSICALLY PRESENT ALL THE TIME THAT COURT PRECEEDINGS IN THIS CASE IS AT BENCH AS MY FUNDAMENTAL RIGHT TO FAIR HEARINGS AFFORDED BY THE U.S. CONSTITUTION AMENDMENT (5), (6) (14) DUE PROCESS AND EQUAL PROTECTION OF ALL RIGHTS AFFORDED PETITIONER AND SAFE GUARDED BY THE IMPARTIAL COURTS SO HONORABLE TO UPHOLD THE LAW. PETITIONER ASSERTS THAT ORAL ARGUMENTS; AND APPEARANCES ARE AVAILABLE TO ALL PARTIES AND THAT PETITIONER DOES NOT REFUSE TO APPEAR AND THAT ANY PETITIONER WOULD LIKE THIS HONORABLE COURT TO ISSUE ANY DATES TO APPEAR NOT THE DEFENDANTS WHO HAVE ALREADY PROCEDURALLY DEFAULTED AND IS NOT A MINOR OR INCOMPETENT. EXECUTED AUGUST 7, 2008 RJD RESPECTFULLY

RESPECTFULLY SUBMITTED,

AUGUST 7, 2008 [signature]

PETITIONER, NATHAN SPENCER

# PROOF OF SERVICE BY MAIL

I LEE ALEXANDER AM AN AMERICAN CITIZEN AND AM ABOVE THE AGE OF EIGHTEEN. I HAVE NO STAKE IN THE ABOVE MENTIONED PLEADING IM ONLY A WITNESS TO THE MAILING OF MOTION NUMBER TWO (2) OF THE MOTION TO STRIKE CAPTAIN LU FROM COMPLAINT AND ANSWER TO PUBLICATION OF SUMMONS ON ROBERTS. I DECLARE UNDER THE PENALTY OF PERJURY THAT I PERSONNALLY PLACED THE MOTION IN AN ENVELOP ON AUGUST 7, 2008 AND DID MAIL COPY TO THIS COURT AT 880 FRONT STREET AND SUSAN E. COLEMAN AT 110 WEST "A" STREET. UNDER CALIFORNIA PERJURY LAWS DO I DECLARE THIS I ALSO DECLARE THAT MY NAME AND STATUS IS CORRECT.

///

///

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT (SAN DIEGO)
CLERK OF THE COURT
880 FRONT STREET SUITE 4290
SAN DIEGO CALIFORNIA, 92101-8900

MAIL SENT
YES: ✓

SUSAN E. COLEMAN DEPUTY ATTORNEY GENERAL
110 WEST "A" STREET SUITE 1100
SAN DIEGO CALIFORNIA, 92101

MAIL SENT
YES: ✓

RESPECTFULLY SUBMITTED,

AUGUST 7, 2008 [signature]
WITNESS, LEE ALEXANDER