NATHAN SPENCER (D-29593) 20-209
PO-BOX 799004 RJD
SAN DIEGO CALIFORNIA, 92179
IN PRO SE

FILED
2008 AUG 27 PM 3:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

NUNC PRO TUNC
AUG 25 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT (SAN DIEGO)

| | |
|---|---|
| PETITIONER, NATHAN SPENCER ON MOTION | CASE NO. 08CV0416 JM JMA MOTION TO EXTEND TIME FOR SUMMONS PER FRCP RULE 4(m) MEMORANDUM OF POINT AND AUTHORITY AND DECLARATION |

I

COMES NOW TO THIS HONORABLE COURT FOR THIS COURT TO GRANT AN EXTENSION IN WHICH TO SERVE DEFENDANT EX CORRECTIONAL OFFICER ROBERTS WHO IS NAMED IN COMPLAINT. PETITIONER ASSERTS THAT PETITIONER DID ASK THIS HONORABLE COURT TO SUMMONS ROBERTS BY PUBLICATION PER CALIFORNIA CODE OF CIVIL PROCEDURE RULE 415.50(a)(1)(2)(b)(c)(d). PETITIONERS ONLY REASON FOR NOT ASKING FOR EXTENSION FOR THIS PARTICULAR DEFENDANT IS PETITIONER GOT FALSE INFORMATION ABOUT HOW THE MARSHAL SERVICE WORKS BY STAFF MEMBERS HERE WHO PETITIONER DID ASK IN THE COURSE OF THIS SUMMONS PROCESS. PETITIONER

WAS TOLD THAT WHEN THERES BEEN AN ORDER BY THE COURT FOR SUMMONS OF A PARTICULAR PERSON THAT BEFORE TIME HAS PASSED FOR SUMMONS THAT MARSHAL WOULD FIND THE PERSON..BUT SUMMONS UNSERVED TO DEFENDANT ROBERTS WAS RETURNED TO PETITIONER ON JUNE 18, 2008 BY MARSHALS SERVICE VIA RICHARD J. DONOVAN CORRECTIONAL FACILITY LITIGATION COORDINATOR AS UNABLE TO SERVE BASED ON THE FACT THAT ROBERTS DID NOT WORK AT (DONOVAN) ANYMORE. PETITIONER NOW HEARS BY STAFF THAT C/O ROBERTS HAS BEEN HIRED BACK AND IS IN SOME SORT OF TRAINING BEFORE BEING HIRED AGAIN DUE TO SOME OTHER EXCESSIVE FORCE CASES THAT HES HAD. PETITIONER DOES NEED THIS MAIN ACTOR IN THIS CASE TO BE SERVED WITH A SUMMONS SO THAT THIS DEFENDANT CAN DEFEND AGAINST SAID CHARGES OF ASSAULT AND EXCESSIVE FORCE WHERE PETITIONER DID SUFFER INJURY FROM THE HANDS OF DEFENDANT ROBERTS WHILE LAWSON ANOTHER OFFICER ASSISTED, DIDNT STOP AND LOOKED ON AS PETITIONER WAS ASSAULTED AND BATTERED BY THESE STAFF ON MARCH 5, 2006 AT RICHARD J DONOVAN CORRECTIONAL FACILITY. PETITIONER DID MAIL OUT TO THIS HONORABLE COURT A MOTION FOR SUMMONS PUBLICATION ON C/O ROBERTS ON JUNE 19, 2008 MAIL SIGNED BY CORRECTIONAL OFFICER CHRISTENSON PER CCP RULE 415.50 (a)(1)(2)(b)(c) AND IT HAS BEEN AT LEAST 60 DAYS AND PETITIONER HAS NOT HEARD ANYTHING FROM THIS COURT IN REGARDS TO PUBLICATION OF SUMMONS IN THE LOCAL SAN DIEGO UNION-TRIBUNE NEWSPAPER SINCE PETITIONER WAS UNABLE TO RECIEVE A LAST KNOWN ADDRESS FROM WARDEN HERNANDEZ AS PETITIONER DID PETITION THIS HONORABLE

HONORABLE COURT ON MAY 12, 2008 FOR MOTION FOR DISCOVERY PER FRCP RULE 26 AND DID ASK THIS HONORABLE COURT TO ORDER THE WARDEN HERE AT RICHARD J. DONOVAN CORRECTIONAL FACILITY TO GIVE MARSHAL SERVICE LAST KNOWN ADDRESS FOR DEFENDANT ROBERTS FOR SUMMONS PURPOSES. PETITIONER ASSERTS THAT CORRECTIONAL OFFICER MILLER DID SIGN AND DATE OUTGOING LEGAL MAIL FROM BUILDING #20 RICHARD J DONOVAN ON MAY 12, 2008. PETITIONER ASSERTS AND DOES DECLARE THAT PETITIONER HAS DILIGENTLY DONE ALL POSSIBLE ACTION TO HAVE THIS DEFENDANT SERVED PER FRCP RULE (4)(12) AND ALL HAVE FAILED. PETITIONER DOES ASK THIS HONORABLE COURT TO EXCUSE ANY DELAY THAT PETITIONER HAS MADE IN ASKING FOR AN EXTENDED SERVICE PERIOD AND DOES ASK THIS COURT TO ALLOW PETITIONER TO SERVE THIS DEFENDANT BY PUBLICATION OF THE SAN DIEGO UNION-TRIBUNE (MAIN OFFICE) 350 CAMINO DE LA REINA SAN DIEGO CALIFORNIA, 92108. PETITIONER WILL NEED A NEW ORDER I BELIEVE FOR THE MARSHAL SERVICE TO PROVIDE THIS SERVICE OR WHATEVER THIS HONORABLE COURT SEES FIT IN ORDER TO PUBLICIZE THIS SUMMONS DUE TO THE UNAVAILABLE ADDRESS TO THIS PARTICULAR DEFENDANT. PETITIONER ASSERTS THAT THIS DOES NOT EXCUSE OTHER DEFENDANTS FROM DEFAULT OF JUDGMENT PER FRCP 55 AND THAT RELIEF ASKED FOR SHOULD BE GRANTED BUT BY RESPECT TO THE PROCEEDINGS AND THE PLEADINGS THIS DEFENDANT ROBERTS SHOULD BE SERVED AND MADE TO ANSWER TO COMPLAINT IN WHICH HE IS ENTITLED AND IF NO SHOWING BY THIS DEFENDANT IN REASONABLE TIME AS ORDER PER SUMMONS

RULE FRCP RULE 4, 12. PETITIONER HAS NOT YET HEARD A RESPONSE FROM ATTORNEY GENERAL ON THE MOTION FOR DEFAULT OF JUDGMENT ON DEFENDANTS LAWSON, HERNANDEZ AND MORRIS (LT., WARDEN AND CAPTAIN) OR THIS HONORABLE COURT. RESPECTIVELY. PETITIONER HAS ONLY ONE LAST PRAY THAT THIS HONORABLE ORDERS AN EXTENDED PERIOD FOR PUBLICATION SUMMONS OR SOME WAY ORDERS THIS WARDEN AT RICHARD J DONOVAN TO PROVIDE SOME MEANS OF SERVICE OF SUMMONS FOR DEFENDANT ROBERTS. RESPECTIVELY.

RESPECTFULLY SUBMITTED,

AUGUST 21, 2008 [signature]

PETITIONER, NATHAN SPENCER

///

///

///

///

///

///

///

///

# MEMORANDUM OF POINTS AND AUTHORITIES

PETITIONER IS A PRO SE LITIGANT AND ASK THIS HONORABLE COURT TO BE SURE TO CONSTRUE PLEADINGS LIBERALLY AND TO AFFORD PETITIONER ANY BENEFIT OF THE DOUBT KARIM PANAHI V. LOS ANGELES POLICE DEPT, 839 F.2d 621, 623 (9th CIR. 1988) BRETZ V. KELMAN, 773 F.2d 1026, 1027 (9th CIR. 1985) PETITIONER HAS DILIGENTLY SOUGHT A MEANS AND WAY TO SERVE DEFENDANT CORRECTIONAL OFFICER ROBERTS TO NO AVAIL PETITIONER ASSERTS THE ONLY WAY TO SERVE ROBERTS IS BY WAY OF PUBLICATION IN THE SAN DIEGO UNION-TRIBUNE LOCAL NEWS PAPER AT 350 CAMINO DE LA REINA SAN DIEGO CALIFORNIA., 92108 PER CCP. 415.50 (a)(1)(2)(b)(c)(d) PETITIONER IS A PRO SE LITIGANT AND DUE DILIGENCE TO RUFF BEING HOUSED AT RECEPTION CENTER AT RJD. DONOVAN AND THE YARD IS LOCKED DOWN AND LACK OF EXPERIENCE AMONGST LIBRARY STAFF IN REGARDS TO APPROPIATE CASE LAW AND RULES TO GO WITH PLEADINGS AND CORRECT RULES AND CASE LAW BUT THAT PETITIONER IS DOING THE BEST HE CAN UNDER THE CIRCUMSTANCES. PETITIONER DOES PLEAD AND BELIEVE THAT THIS IS GOOD CAUSE FOR EXTENDED TIME FOR SUMMONS ON THIS DEFENDANT ROBERTS. PER FEDERAL RULES OF CIVIL PROCEDURE RULE 4(M); 12 RESPECTIVELY. PETITIONER HAS SEVERAL CASES GOING AT ONCE AND DOES ASSERT THAT PETITIONER IS DOING THE BEST HE CAN AND THAT ANY LACKING MEMORANDUMS OF POINTS AND AUTHORITIES ARE DUE TO A LACK OF LIBRARY ACCESS. LEWIS V. CASEY 116 S.CT 2174 (1996) BOUNDS V. SMITH 430 U.S. 817 97 S.CT. 1491. PETITIONER ASSERTS THAT PETITIONER DOES WORK HARD ALL THE TIME BUT DOESNT MEASURE UP TO A IVY LEAGUE ATTORNEY. RESPECTIVELY.

RESPECTFULLY SUBMITTED,

AUGUST 21, 2008 [signature]

PETITIONER, NATHAN SPENCER

# DECLARATION

I NATHAN SPENCER AM THE PETITIONER IN THE ABOVE TITLED PETITION AND DO DECLARE THAT THE FOREGOING IS TRUE AND CORRECT PER CALIFORNIA PERJURY LAWS. I DECLARE THAT THE FOREGOING WAS EXECUTED AT RICHARD J. DONOVAN CORRECTIONAL FACILITY ON AUGUST 21, 2008.

RESPECTFULLY SUBMITTED,

AUGUST 21, 2008 [signature]

PETITIONER, NATHAN SPENCER

# PROOF OF SERVICE BY MAIL

I TAJ HAYES AM AN AMERICAN CITIZEN AND OVER THE AGE OF EIGHTEEN AND AM NOT A PARTY TO THE ABOVE MENTIONED MOTION ONLY A WITNESS I DECLARE THIS UNDER THE PENALTY OF PERJURY OF CALIFORNIA LAW

RESPECTFULLY SUBMITTED

Taj Hayes Aug 21, 2008

WITNESS TAJ HAYES