EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHELLE DES JARDINS
Supervising Deputy Attorney General
SYLVIE P. SNYDER, State Bar No. 171187
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2299
Fax: (619) 645-2581
Email: Sylvie.Snyder@doj.ca.gov

Attorneys for Defendants R. Hernandez, R. Lawson and B. Morris

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NATHAN SPENCER,**<br>Plaintiff,<br>**v.**<br>**HERNANDEZ, et al.,**<br>Defendants. | 08 CV-00416 JM (JMA)<br><br>**DEFENDANTS' NOTICE OF REASSIGNMENT OF COUNSEL** |

Please take notice that effective immediately, counsel for Defendants R. Hernandez, R. Lawson, and B. Morris is reassigned from Deputy Attorney General Susan E. Coleman to Deputy Attorney General Sylvie P. Snyder, whose contact information is listed below:

Sylvie P. Snyder, SBN: 171187
Office of the Attorney General
110 West "A" Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5366
Telephone: (619) 645-2299
Fax: (619) 645-2581
Email: Sylvie.Snyder@doj.ca.gov

Dated: September 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

MICHELLE DES JARDINS
Supervising Deputy Attorney General

s/ Sylvie P. Snyder

SYLVIE P. SNYDER
Deputy Attorney General
Attorneys for Defendants

SPS:lr
70135800.wpd
SD2008700550

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: **Spencer, Nathan v. Hernandez, et al.**

No.: **08 CV-00416 JM (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 9, 2008, I served the attached **DEFENDANTS' NOTICE OF REASSIGNMENT OF COUNSEL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Nathan Spencer
CDCR No. D-29593
Richard J. Donovan Correctional Facility at
Rock Mountain
P.O. Box 799006
San Diego, CA 92179-9006
In Pro Per
D-29593

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 9, 2008, at San Diego, California.

Laura Ruiz — Declarant

Laura Ruiz — Signature

80280641.wpd