# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

NATHAN SPENCER,

              V.                              **JUDGMENT IN A CIVIL CASE**

HERNANDEZ, et al.

                                        CASE NUMBER:    08cv0416 JM(JMA)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court adopts the Report and Recommendation in its entirety and dismiss the complaint for failure to exhaust administrative remedies......................................................................................................................
............................................................................................................................................................

| March 12, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON March 12, 2009 |

08cv0416 JM(JMA)